# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# BOB MARLEY

**Reg. No. 3,692,924** FIFTY SIX HOPE ROAD MUSIC, LIMITED (BAHAMAS INTERNATIONAL BUSINESS
Registered Oct. 6, 2009    COMPANY)
AQUAMARINE HOUSE CABLE BEACH
NASSAU, BAHAMAS

**Int. Cl.: 43**
FOR: RESTAURANT SERVICES, NAMELY, PREPARATION AND SERVICE OF FOOD AND
BEVERAGES FOR CONSUMPTION, IN CLASS 43 (U.S. CLS. 100 AND 101).

**SERVICE MARK**
**PRINCIPAL REGISTER** FIRST USE 2-6-1999; IN COMMERCE 2-6-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,349,361 AND 2,820,741.

SN 76-656,675, FILED 3-9-2006.

HOWARD SMIGA, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

United States Patent and Trademark Office

Corrected

Reg. No. 3,612,800
Registered Apr. 28, 2009
OG Date Sep. 15, 2009

## SERVICE MARK
## PRINCIPAL REGISTER

## MARLEY RESORT & SPA

FIFTY-SIX HOPE ROAD MUSIC LIMITED (BAHAMAS INTERNATIONAL BUSINESS COMPANY), AQUAMARINE HOUSE CABLE BEACH NASSAU, BAHAMAS

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,349,361.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RESORT & SPA", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

FOR: HOTEL SERVICES, NAMELY, SERVING FOOD AND DRINKS AND PROVIDING TEMPORARY ACCOMMODATIONS AND LODGING, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 7-4-2008; IN COMMERCE 7-4-2008.

SER. NO. 76-664,835, FILED 8-18-2006.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 15, 2009.*

Int. Cls.: 9 and 25

Prior U.S. Cls.: 21, 22, 23, 26, 36, 38 and 39

Reg. No. 2,820,741

United States Patent and Trademark Office    Registered Mar. 9, 2004

## TRADEMARK
PRINCIPAL REGISTER

## BOB MARLEY AND THE WAILERS

FIFTY SIX HOPE ROAD MUSIC, LIMITED (BAHAMAS INTERNATIONAL BUSINESS COMPANY)
AQUAMARINE HOUSE CABLE BEACH
NASSAU, BAHAMAS

   FOR: SERIES OF SOUND AND VIDEO RECORDINGS FEATURING MUSIC AND DOWNLOADABLE SOUND AND VIDEO RECORDINGS FEATURING MUSIC, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1973; IN COMMERCE 0-0-1973.

   FOR: T-SHIRTS, THERMAL SHIRTS, JACKETS, HATS, CAPS, SWEATSHIRTS, TIES, BANDANAS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1973; IN COMMERCE 0-0-1973.

OWNER OF U.S. REG. NO. 2,349,361.

   THE NAME "BOB MARLEY" REFERS TO THE DECEASED, WORLD-RENOWNED MUSICIAN, WRITER AND COMPOSER.

SER. NO. 76-441,329, FILED 8-19-2002.

WENDY GOODMAN, EXAMINING ATTORNEY

Int. Cls.: 9, 16, and 25

Prior U.S. Cls.: 21, 36, 38, and 39

**United States Patent and Trademark Office**　Reg. No. 1,866,146
Registered Dec. 6, 1994

## TRADEMARK
### PRINCIPAL REGISTER



TUFF GONG INTERNATIONAL LIMITED (JAMAICA CORPORATION)
220 MARCUS GARVEY DRIVE
KINGSTON 11, JAMAICA

FOR: MUSICAL SOUND RECORDINGS, IN CLASS 9 (U.S. CLS. 21 AND 36).
FIRST USE 0-0-1979; IN COMMERCE 0-0-1979.

FOR: POSTERS, UNMOUNTED PHOTOGRAPHS AND PHOTOGRAPHIC PRINTS, IN CLASS 16 (U.S. CL. 38).
FIRST USE 0-0-1978; IN COMMERCE 0-0-1978.

FOR: T-SHIRTS, HATS, SWEATSHIRTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 0-0-1978; IN COMMERCE 0-0-1978.

THE MARK COMPRISES IN PART THE REPRESENTATION OF BOB MARLEY, WHO IS DECEASED.

SN 74-801,867, FILED 1-22-1993.

MICHAEL A. SZOKE, EXAMINING ATTORNEY