# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
VA 1-693-729

**Effective date of registration:**
December 23, 2009

## Title
- **Title of Work:** Arthur Gorson Photograph No. 4

## Completion/Publication
- **Year of Completion:** 1973
- **Date of 1st Publication:** February 4, 1991
- **Nation of 1st Publication:** United States

## Author
- **Author:** Arthur Gorson
- **Author Created:** photograph
- **Work made for hire:** No
- **Citizen of:** United States

## Copyright claimant
- **Copyright Claimant:** Fifty-Six Hope Road Music Limited
  c/o David Marley, Tuff Gong Worldwide, 269 S. Beverly Drive, No. 175, Beverly Hills, CA 90212, United States
- **Transfer Statement:** By Assignment

## Certification
- **Name:** Terri DiPaolo
- **Date:** December 18, 2009

HR011851

Page 1 of 1

401004