# EXHIBIT D





# BOB MARLEY MOVEMENT...

would like to thank you for your interest in becoming a sponsor for our 18th Annual 9 Mile Music Festival formally branded as the Caribbean Festival. In its 18th year, our festival is currently the longest running reggae show in South Florida. Created in order to fill the demand for an event to celebrate and pay tribute to the life of the legendary Bob Marley, this daylong festival generates at least 15,000 fans annually with the largest show to date boasting 30,000 patrons. Our festival also features a wide variety of international food as well as an arts and crafts marketplace, and a main stage, which is used for the facilitation of a plethora of live entertainers.

Since our inception, Bob Marley Movement is pleased to have raised over $500,000 in charitable contributions, and has provided more than 2 million canned goods to benefit other charitable organizations dedicated to the eradication of hunger and malnutrition throughout the state of Florida.

We have four main levels of sponsorship as well as a customizable option that can be adapted specifically to your organization's goals. We aim to maximize your sponsorship experience, while remaining within your organization's set fiscal boundaries. These levels are as follows:

★ "One Love" Sponsorship level
★ "Jammin'" Sponsorship level
★ "Legend" Sponsorship level
★ "Natural Mystic" Sponsorship level
★ "Survivor" Sponsorship level

From creating brand awareness, to the entertainment of key clientele, and ultimately the increase in revenues, Bob Marley Movement's 9 Mile Music Festival is the ideal marketing platform for your company.

We look forward to speaking with a representative from your company. We can be reached at **305.655.5379** or **festival@bobmarleymovement.com**

One Love.

*Bob Marley Movement of Jah People*

# ADVANTAGES OF SPONSORSHIP

We offer you:

- A truly unique event serving an average of 15,000 persons, with the largest event to date boasting 30,000 patrons

- An opportunity to make your company's presence within niche markets felt and sustainable

- A multicultural, philanthropic event that can be used to not only develop relationships with new customers, but to strengthen current relationships as well.

- A chance to increase and enhance your brand awareness by affiliating with a well respected, world-class cultural event

- A direct link on our website to yours. We average 1000+ visitors monthly from 85 countries and territories, with the top 10 including France, Italy, Hong Kong, Brazil and Canada

- Exclusive on site sales rights at your centrally located sponsor booth

- Rights to distribute your own promotional material and paraphernalia at the entrance to the grounds

-Your company logo printed on all patrons wristbands and tickets, as well as on all festival promotional items, including but not limited to, all t-shirts, flyers, posters, festival tickets, and wristbands

- Extensive radio, magazine, web and newspaper exposure via campaigns associated with our festival

- Complimentary tickets and passes that allow you to enjoy the event with colleagues and/or clients as VIP guests

We offer you

A unique multicultural event serving an extensive and diverse range of demographics, helping you to differentiate yourself from your competition.



**BOB MARLEY**
**MOVEMENT OF JAH PEOPLE**
**PRESENTS:**

**NATURAL MYSTIC**

*Carlos Santana performing at a Previous Festival*

### Off-Site Media and Promotions

★ Your organization's logo added to all televised advertisements
★ Your organization acknowledged as a title sponsor during 7 weeks of radio promotion
★ Organizational logo included in all newspaper advertisements for the Festival
★ Organizational logo included in all magazine advertisements for the Festival
★ Organization included within the official press release for the Festival
★ Linkage provided from the Festival's website to your company's webpage
★ Organizational logo featured on 75,000 Festival flyers and 2,000 Festival T-shirts

### On-Site Promotions

★ Your organization's logo on each VIP and Backstage access wristband
★ Your organization's logo on all printed Festival entrance tickets
★ Your organization's ad on all ATM screens at the Festival
★ Twelve (12) Organizational banners placed on stage, Festival entrance, and speaker scrims*
★ Exclusive vendor booth space for sales and/or sampling (excluding beverage)
★ On stage giveaways by your organization during Festival band changes
★ Right to distribute your organization's promotional material and paraphernalia at Festival entrance and grounds
★ Continuous live on stage acknowledgements thanking your organization for its support

### Hospitality

★ Thirty (30) complimentary tickets
★ Ten (10) VIP passes
★ 2 Reserved VIP Parking Spots

*\* organizations must provide all banners and artwork*

# BOB MARLEY
## MOVEMENT OF JAH PEOPLE
### PRESENTS:
### LEGEND

**Off-Site Media and Promotions**

★ Your organization acknowledged as a sponsor during 7 weeks of radio promotion

★ Organizational logo included in all newspaper advertisements for the Festival

★ Organizational logo included in all magazine advertisements for the Festival

★ Organization included within the official press release for the Festival

★ Organizational logo featured on 75,000 Festival flyers and 2,000 Festival T-shirt

★ Linkage provided from the Festival's website to your company's webpage

**On-Site Media and promotions**

★ Six (6) Organizational banners placed at the Festival's entrance and grounds*

★ Exclusive vendor booth space for sales and/or sampling (excluding beverage)

★ Two (2) on stage giveaways by your organization during Festival band changes

★ Continuous live on stage acknowledgements thanking your organization for its support

**Hospitality**

★ Twenty (20) complimentary tickets

★ Seven (7) VIP passes

*\* organizations must provide all banners and artwork*



Over 2 MILLION canned goods collected at the Festival





