# EXHIBIT E



**Paul Bost**
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4351
E-mail: PBost@manatt.com

November 4, 2011

Client-Matter: 41271-061

VIA EMAIL AND
CONFIRMATION BY MAIL
<u>ARLATIFI@TUCKERLATIFI.COM</u>

Ali Latifi, Esq.
TUCKER & LATIFI, LLP
160 East 84th Street
New York, NY 10028

      **Re:**   *Fifty-Six Hope Road Music Ltd. v. Richard Booker*
             **Opposition No. 91-186104**

Dear Ali:

      In February 2011, Phil Klein conferred with my associate, Matt Portnoff, regarding Richard Booker's revisions to Fifty-Six Hope Road Music Limited's ("Fifty-Six Hope Road") proposed settlement documents.  We presented those revisions to our client and, after careful consideration, determined that the formation of a limited liability company, with common ownership, to own and license the MAMA MARLEY was not a realistic settlement given the parties' negotiating positions.  Although Fifty-Six Hope Road remained hopeful that it could come to a resolution of its dispute with Booker, it has since determined that resolution is virtually impossible given Booker's entrenched position.  Accordingly, Fifty-Six Hope Road believes that it is left with no options, but to proceed with the Opposition and, thus, has filed (1) a request to resume proceedings in this matter and (2) a motion to compel Booker's responses to Fifty-Six Hope Road's First Sets of Document Requests and Interrogatories.

      Furthermore, Fifty-Six Hope Road demands that Richard Booker cease use of the infringing MAMA MARLEY and BOB MARLEY MOVEMENT OF JAH PEOPLE trademarks, or any other trademark confusingly similar to Fifty-Six Hope Road's BOB MARLEY trademark or likely to confuse as to the source, origin, association, endorsement, or sponsorship of Booker's goods or services, and change his corporate name from Bob Marley Movement of Jah People to one that does not include the name Bob Marley or Marley or the phonetic equivalents thereof.  We previously demanded that Booker cease use of the BOB MARLEY MOVEMENT OF JAH PEOPLE mark in a cease and desist letter dated March 2, 2009, a copy of which is attached hereto as **Exhibit A**.

      As you well know, Fifty-Six Hope Road is the owner of the BOB MARLEY trademark and owns registrations for BOB MARLEY and other marks including the term MARLEY.  True

11355 West Olympic Boulevard, Los Angeles, California 90064-1614  Telephone: 310.312.4000 Fax: 310.312.4224

Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.

# manatt
manatt | phelps | phillips

Ali Latifi, Esq.
November 4, 2011
Page 2

and correct copies of these certificates of registration are attached as **Exhibit B**.  Fifty-Six Hope Road also owns Bob Marley's right of publicity and all rights in Bob Marley's name, likeness, identity, and persona.  Booker's use of the MAMA MARLEY and BOB MARLEY MOVEMENT OF JAH PEOPLE marks blatantly and willfully infringes Fifty-Six Hope Road's intellectual property rights and is likely to result in consumer confusion as to Fifty-Six Hope Road's association with or endorsement of Booker's activities, especially considering Booker's extensive use of Bob Marley's image and identity in his marketing efforts for these goods and services.  Quite simply, Booker's activities appear to be licensed and authorized by Fifty-Six Hope Road when, in fact, they are not.

Booker's unauthorized and unlicensed use of the MAMA MARLEY and BOB MARLEY MOVEMENT OF JAH PEOPLE trademarks and Bob Marley's image and likeness constitutes trademark infringement, trademark dilution, false designation of origin, false association/passing off, and unfair competition, and violates Bob Marley's right of publicity.  The remedies available to Fifty-Six Hope Road for these unlawful acts include an injunction against the use of any intellectual property identical or confusingly similar to that owned by Fifty-Six Hope Road, Fifty-Six Hope Road's actual damages, Booker's profits, attorneys' fees, and the recall and destruction of any products bearing these infringing marks.  The above is not intended to be a complete listing of Fifty-Six Hope Road's rights and remedies, and Fifty-Six Hope Road reserves the right to assert other claims not stated herein.

Notwithstanding these available remedies, Fifty-Six Hope Road demands that Booker agree in writing to immediately:  (1) stop all use of the MAMA MARLEY or BOB MARLEY MOVEMENT OF JAH PEOPLE trademarks or any other trademarks derived from the identity and persona of Bob Marley or any other marks, logos, designs, or the like confusingly similar thereto; (2) stop all use of Bob Marley's image and likeness; (3) change the corporate name from Bob Marley Movement of Jah People to one that does not include the name Bob Marley or Marley or the phonetic equivalents thereof; (4) recall all advertising or promotional material featuring any of the aforementioned marks or Bob Marley's image and likeness and deliver the same to us; (5) recall any products from all retailers and wholesalers featuring any of the aforementioned marks or Bob Marley's image and likeness and deliver the same to us; (6) voluntarily abandon his pending application to register MAMA MARLEY; (7) disgorge all profits earned from the advertisement and sale of all products and services offered under the MAMA MARLEY or BOB MARLEY MOVEMENT OF JAH PEOPLE trademarks or any other trademarks derived from the identity and persona of Bob Marley; and (8) provide us with an accounting of all revenues made in connection with any such products or services.  The accounting must include:  (a) the total revenue/sales from the sale and distribution of said products or services; (b) the number of units sold of the products, if applicable; and (c) the cost of the goods and services.



manatt | phelps | phillips

Ali Latifi, Esq.
November 4, 2011
Page 3

If Booker wishes to continue to use the MAMA MARLEY mark, he must take a license from Fifty-Six Hope Road according to Fifty-Six Hope Road's standard license terms.

We will expect your response to this letter and indication as to how Booker would like to proceed by **November 14, 2011**. In the event that Booker is not amenable to settlement along these terms, we will advise Fifty-Six Hope Road to seek all remedies available to it for Booker's unlawful acts, including filing an action in federal court in Miami, Florida for all applicable remedies. We look forward to your response.

Finally, Cedella Marley, Director of Fifty-Six Hope Road, requests that Booker cease contacting her or coming to her home concerning this matter absent her express invitation to do so.

Nothing contained in this letter, nor any act or omission to act by Fifty-Six Hope Road is intended or should be deemed to be a waiver, abridgment, alteration, modification or reduction of any rights, claims, defenses or remedies that Fifty-Six Hope Road may have in regard to this matter and all such rights, claims, defenses and remedies, whether at law or in equity, are hereby expressly reserved.

Sincerely,

Paul Bost
Manatt, Phelps & Phillips, LLP

PB/le
Exhibits
cc:    Jill M. Pietrini, Esq.
       Cedella Marley
       Doreen Crujeiras
       Phil Klein, Esq.

300916984.1

# EXHIBIT A



Jill M. Pietrini
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4325
E-mail: jpietrini@manatt.com

March 2, 2009

File No. 41271-030

BY CERTIFIED MAIL, RETURN
RECEIPT REQUESTED AND
FEDERAL EXPRESS

Richard Booker
BOB MARLEY MOVEMENT OF JAH PEOPLE, INC.
2809 Bird Ave., Suite 146
Miami, FL 33133-4668

> Re:   Infringement of Intellectual Property Derived from Bob Marley
>       and Caribbean Festival

Dear Mr. Booker:

    This letter is sent to demand that you stop the use of Bob Marley's name, likeness, and image and any trademarks associated with Bob Marley with the annual Caribbean Festival and on or in connection with any merchandise, including but not limited to, merchandise associated with the Caribbean Festival.

    As you know, we are counsel for Fifty-Six Hope Road Music Limited ("Fifty-Six Hope Road"), the entity that owns the trademark BOB MARLEY and other trademark registrations, applications for trademark registrations, and other intellectual property derived from Bob Marley and his musical legacy, including his right of publicity and all copyrighted songs and materials. Copies of Fifty-Six Hope Road's federal registrations of the BOB MARLEY trademarks are attached hereto as **Exhibit A** for your reference.

    It has come to Fifty-Six Hope Road's attention that Bob Marley Movement of Jah People, Inc. ("BMMJP") is promoting and producing the 16th Annual Caribbean Festival ("Festival") to take place on February 28, 2009, in Miami, Florida, without a license from Fifty-Six Hope Road. The Festival and BMMJP share a website, <www.bobmarley movement.com>, that features pictures of Bob Marley, the trademark ONE LOVE and lyrics to Bob Marley's song of the same name, a link to the infringing Mama Marley restaurant,[1] and other indicia likely to cause visitors to your website and attendees of the Festival to believe that Fifty-Six Hope Road has approved, licensed, or authorized the use of its trademarks and intellectual property, or sponsored the Festival, when in

---

[1]    The employees of the Mama Marley restaurant even have the name Bob Marley on their uniforms.

11355 West Olympic Boulevard, Los Angeles, California 90064-1614  Telephone: 310.312.4000  Fax: 310.312.4224
Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.

# manatt

manatt | phelps | phillips

Richard Booker
March 2, 2009
Page 2

fact it has not done so. Copies of pages from the Festival's and BMMJP's website displaying the infringing uses are attached hereto as **Exhibit B**. In fact, the very name of your organization and its sponsorship of the Festival is likely to cause great confusion amongst visitors to the website and the Festival as to the source of the services at issue. BMMJP is also selling merchandise on its website featuring Bob Marley's name, photograph, and likeness ("Marley Products"). You are selling some licensed merchandise, which makes it even more likely that consumers will be confused as to the affiliation of, or approval of, the Festival by Fifty-Six Hope Road. Copies of pages from BMMJP's website showing the Marley Products are attached hereto as **Exhibit C**. We suspect that BMMJP will sell the same or more Marley Products at the Festival later this month, all of which may not be licensed merchandise. We also understand that you intend to film the Festival and release, distribute, and sell a DVD of it.

BMMJP's continued use of Fifty-Six Hope Road's intellectual property without its prior authorization constitutes trademark infringement, dilution, copyright infringement, unfair competition and false designation of origin, and violates the rights of publicity associated with Bob Marley. That the Festival was originally intended for charitable purposes[2] does not allow the infringement and violation of Fifty-Six Hope Road's rights. You obviously understand that a license is required to use any Bob Marley intellectual property, as you have taken licenses in the past. The remedies available to Fifty-Six Hope Road for these unlawful acts include a nationwide injunction enjoining the use of Fifty-Six Hope Road's  trademarks or any trademarks confusingly similar thereto and the use of Bob Marley's name, image, and likeness, Fifty-Six Hope Road's actual damages, statutory damages, your profits, attorneys' fees, treble damages and/or punitive damages, and the recall and destruction of any infringing products. The above is not intended to be a complete listing of Fifty-Six Hope Road's rights and remedies, and Fifty-Six Hope Road reserves the right to assert other claims not stated herein.

Notwithstanding these available remedies, Fifty-Six Hope Road would prefer to work towards a resolution outside of litigation. Therefore, we request that you agree in writing to: (1) immediately stop the use of Bob Marley's name, image, and likeness with the Festival or on any unlicensed merchandise or in the film of the Festival or DVD containing the film; (2) immediately stop the use of the trademark ONE LOVE and the lyrics of Bob Marley's One Love song on your website or in any other manner; (3) disengage the link from the Festival website to the Mama Marley restaurant; (4) change the name of BMMJP with the Florida Secretary of State to a name that does not include Bob Marley, Marley, or any names confusingly similar thereto, and provide us with copies of the corporate documents filed to effect such change; (5) transfer the domain

---

[2]    We note that you are charging admission, while admission to the Festival was free previously.  Attendees needed only to bring cans of food to donate.

# manatt

manatt | phelps | phillips

Richard Booker
March 2, 2009
Page 3

name <bobmarkeymovement.com> to Fifty-Six Hope Road and agree not to register any other domain names with Bob Marley, Marley, or any names confusingly similar thereto; (6) stop the advertisement, promotion and sale of any unlicensed products; (7) turn over the remaining inventory of any unlicensed products to us; (8) disgorge your profits earned from the sale of any infringing products; (9) prominently display on your website and in festival advertisements a disclaimer disclaiming any affiliation with Bob Marley, the Marley family, or Fifty-Six Hope Road; and (10) provide us with an accounting of the revenues made and sponsorships earned during the sixteen-year life of the Festival and from the sale of the Marley Products.  The accounting should state: (a) the total revenue generated from the Festival when any Bob Marley intellectual property was used to promote it or identify it and the amount (if any) given to charitable organizations and the name and address of each such receiving charitable organization; (b) the total revenue earned from sponsorships for the Festival when any Bob Marley intellectual property was used to promote it or identify it and the amount (if any) given to charitable organizations and the name and address of each such receiving charitable organization; (c) the total number of units made of any unlicensed products; (d) the total number of units sold of any unlicensed products; (e) the total gross sales of any unlicensed products; and (f) the cost of manufacturing of any unlicensed products.  You may indicate your consent to these requests by signing the original of this letter and returning it to me.  A copy of this letter is enclosed for your records.

Please return a signed copy of this letter by **March 10, 2009**.  If we do not receive a signed copy of this letter by **March 10, 2009**, we will advise Fifty-Six Hope Road to seek all remedies available to it for your unlawful acts.  We look forward to your prompt response.

Nothing contained in this letter, nor any act or omission to act by Fifty-Six Hope Road is intended or should be deemed to be a waiver, abridgement, alteration, modification or reduction of any rights, claims, defenses or remedies that Fifty-Six Hope Road may have in regard to this matter and all such rights, claims, defenses and remedies, whether at law or in equity, are hereby expressly reserved.

Very truly yours,

Jill M. Pietrini
Manatt, Phelps & Phillips, LLP

JMP/PB/le
Enclosures
cc:     Cedella Marley
        Terri L. DiPaolo, Esq.

# manatt

manatt | phelps | phillips

Richard Booker
March 2, 2009
Page 4

**AGREED AND ACCEPTED:**

BOB MARLEY MOVEMENT OF JAH PEOPLE, INC.

_____       Date: _____
Richard Booker
Vice President and Authorized Signatory

_____       Date: _____
Richard Booker, Individually

41362369.3

Int. Cls.: 3, 6, 9, 14, 16, 18, 21, 24, 25, 26 and 34

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 8, 9, 12, 13, 14, 17, 21, 22, 23, 25, 26, 27, 28, 29, 30, 33, 36, 37, 38, 39, 40, 41, 42, 50, 51 and 52

Reg. No. 2,349,361

## United States Patent and Trademark Office

Registered May 16, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## BOB MARLEY

FIFTY-SIX HOPE ROAD MUSIC LIMITED (BA-HAMAS INTERNATIONAL BUSINESS COMPANY)
AQUAMARINE HOUSE
CABLE BEACH
NASSAU, BAHAMAS

FOR: INCENSE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).
FIRST USE 0-0-1996; IN COMMERCE 0-0-1996.
FOR: NOVELTY LICENSE PLATE OF NON-PRECIOUS METAL, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).
FIRST USE 0-0-1995; IN COMMERCE 0-0-1995.
FOR: PLASTIC CASES FOR BEEPERS; MAGNETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).
FIRST USE 0-0-1996; IN COMMERCE 0-0-1996.
FOR: JEWELRY; WATCHES; MEDALLIONS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
FIRST USE 0-0-1994; IN COMMERCE 0-0-1994.
FOR: GREETING CARDS; STICKERS; STA-TIONERY TYPE PORTFOLIOS; POSTERS; POSTCARDS; POSTCARD BOOKS; SONG-BOOKS; DECALS; TRADING CARDS; CALEN-DARS; NOVELS; BOOKMARKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 0-0-1990; IN COMMERCE 0-0-1990.

FOR: BACKPACKS; FANNY PACKS; WAL-LETS; TOTE BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).
FIRST USE 0-0-1992; IN COMMERCE 0-0-1992.
FOR: MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23 29, 30, 33, 40 AND 50).
FIRST USE 0-0-1995; IN COMMERCE 0-0-1995.
FOR: TEXTILE WALL HANGINGS, IN CLASS 24 (U.S. CLS. 42 AND 50).
FIRST USE 0-0-1990; IN COMMERCE 0-0-1990.
FOR: T-SHIRTS; THERMAL SHIRTS; JACK ETS; HATS; CAPS; SWEATSHIRTS; TIES; BAN DANNAS, IN CLASS 25 (U.S. CLS. 22 AND 39)
FIRST USE 0-0-1990; IN COMMERCE 0-0-1990.
FOR: ORNAMENTAL CLOTH PATCHES, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).
FIRST USE 0-0-1990; IN COMMERCI 0-0-1990.
FOR: SMOKING PIPES , IN CLASS 34 (U.S CLS. 2, 8, 9 AND 17).
FIRST USE 0-0-1996; IN COMMERCI 0-0-1996.
BOB MARLEY IS THE NAME OF AN INDI VIDUAL WHO IS NOW DECEASED.

SER. NO. 75-489,475, FILED 5-21-1998.

SHANNA BLAUSTEIN, EXAMINING ATTOR NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,456,082

Registered July 1, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# ROOTS ROCK REGGAE

FIFTY-SIX HOPE ROAD MUSIC LIMITED (BA-HAMAS INTERNATIONAL BUSINESS COM-PANY)
AQUAMARINE HOUSE CABLE BEACH
NASSAU, BAHAMAS

FOR: CLOTHING, NAMELY, T-SHIRTS, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-1-2004; IN COMMERCE 7-1-2004.

SER. NO. 76-665,673, FILED 9-5-2006.

RONALD AIKENS, EXAMINING ATTORNEY



# bob marley movement of jah people

ninemile jamaica      shop      mama marley      about us

Bob Marley Movement of Jah People presents the 16th Annual Caribbean Festival scheduled to take place, Saturday, February 28th 2009 at Bayfront Park in Downtown Miami, FL. The festival is a charitable event that has raised over $500,000 and collected over 1 million canned goods since its inception.

This quaint hamlet is known as the birthplace of Bob Marley, and it is the very same place that he and his mother were later laid to rest. Nine Mile is situated high in the mountains on the beautiful island of Jamaica. It is a small and friendly village tucked away in the parish of St. Ann.

Here you will find the latest Nine Mile and Bob Marley t-shirt designs for men and women.

Come and enjoy an exquisite Caribbean dining experience. Mama Marley's Bar & Grill offers an array of vegetarian, seafood, and chicken dishes that will entice your palate. From traditional Jamaican cuisine to dishes inspired from regions around the world, we are sure you will find a variety of dishes for your whole family to enjoy.

privacy policy      terms and conditions      myspace      facebook

© COPYRIGHT 1993-2009 B. Marley Movement of Jah People & Tuff Gong Intl LLC Pending All Rights Reserved

ober

POWERED BY

# bob marley movement of jah people

ninemile jamaica     shop     mama marley     about us

Bob Marley Movement of Jah People presents the 16th Annual Caribbean Festival scheduled to take place, Saturday, February 28th 2009 at Bayfront Park in Downtown Miami, FL. The festival is a charitable event that has raised over $500,000 and collected over 1 million canned goods since its inception.

This quaint hamlet is known as the birthplace of Bob Marley, and it is the very same place that he and his mother were later laid to rest. Nine Mile is situated high in the mountains on the beautiful island of Jamaica. It is a small and friendly village tucked away in the parish of St. Ann.

Here you will find the latest Nine Mile and Bob Marley t-shirt designs for men and women.

Come and enjoy an exquisite Caribbean dining experience. Mama Marley's Bar & Grill offers an array of vegetarian, seafood, and chicken dishes that will entice your palate. From traditional Jamaican cuisine to dishes inspired from regions around the world, we are sure you will find a variety of dishes for your whole family to enjoy.

privacy policy     terms and conditions     myspace     facebook



© Copyright 1981-2009 Bob Marley Movement of Jah People & Ticket Arizona, LLC. Respectively. All Rights Reserved

ober

POWERED BY



# bob marley movement of jah people

Bob Marley Movement of Jah People presents the 16th Annual Caribbean Festival scheduled to take place, Saturday, February 28th 2009 at Bayfront Park in Downtown Miami, FL. The festival is a charitable event that has raised over $500,000 and collected over 1 million canned goods since its inception.

This quaint hamlet is known as the birthplace of Bob Marley, and it is the very same place that he and his mother were later laid to rest. Nine Mile is situated high in the mountains on the beautiful island of Jamaica. It is a small and friendly village tucked away in the parish of St. Ann.

Here you will find the latest Nine Mile and Bob Marley t-shirt designs for men and women.

Come and enjoy an exquisite Caribbean dining experience. Mama Marley's Bar & Grill offers an array of vegetarian, seafood, and chicken dishes that will entice your palate. From traditional Jamaican cuisine to dishes inspired from regions around the world, we are sure you will find a variety of dishes for your whole family to enjoy.

privacy policy    terms and conditions    myspace    facebook

© Copyright 1995-2009 Bob Marley Movement of Jah People & Ticket Animal LLC. Reserved? All Rights Reserved

ober

POWERED BY

# bob marley movement of jah people

ninemile    shop         menu marley    about us
jamaica

for the 16th Annual Caribbean Music Festival Now! Tickets are available for purchase        or at select

Stephen Marley, Damian Jr. Gong Marley, Julian Marley, Ky-Mani Marley, Capleton, Collie Buddz, Sizzla, and many more

Natural Mystic, Hosted by Lance-O, Reggae, R&B, Hip Hop, Soca at the Bayside Hut...

An interactive map of the festival grounds, and local hotel information.

Artist information and links to artist sites.

Sponsored by Nine Mile Jamaica, Ghetto Youths International, I&I Clothing Company, Jamrock, The Flyer, Nine Mile Entertainment, Curly House, and Farm Share.

Find out about media credentials and vendor information

BOB MARLEY MOVEMENT OF JAH PEOPLE PRESENT:
RUMBUM & 103.5 THE BEAT

**CARIBBEAN FESTIVAL**

16TH ANNUAL

A TRIBUTE TO
**BAYFRONT PARK**
DOWNTOWN MIAMI

SATURDAY 28

STEPHEN MARLEY    DAMIAN MARLEY
JULIAN MARLEY    KYMANI MARLEY
BUJU BANTON  COLLIE BUDDZ  SIZZLA
CAPLETON    TESSANNE  JEAN P JAM

Copyright 1993 - 2009 Bob Marley Movement of Jah People & Ticket Animal LLC. Respectively. All Rights Reserved

privacy policy        terms and conditions        myspace        facebook

POWERED BY


ober

bob marley
movement of
jah people

ninemile jamaica     shop     mama marley     about us

**CATEGORIES**

**YOUR CART**

Your Cart is currently empty.

**ALSO AVAILABLE...**



**LOGIN**

Email

Password

☐ Remember me

Login

## Festival Admission - 16th Annual Caribbean Festival



The Bob Marley Movement of
Jah People
presents
the 16th Annual Caribbean
Festival
on
Saturday, February 28, 2009
featuring
Stephen Marley, Damian
Marley, Julian Marley,
Ky'mani Marley, Capleton,
Collie Buddz,Sizzla, and
more.

Price per ticket:
**$38.00**
(plus service fees and
taxes)

Quantity: 1

Buy now!

You must bring four (4) cans of food for each ticket
purchased

General Admission ticket for the 16th Annual Caribbean
Festival - The ticket will grant access (at 1 p.m.) to the entire
day of music in the General Admission area of the Festival.

As always, the Caribbean Festival is a Food drive.

Each ticket holder must contribute to the food drive. There
are two ways to contribute:
○ Bring four cans of food per ticket
○ or, make a $5 contribution per ticket on the day of the
show

This event will be filmed. Use of ticket constitutes
consent to be filmed.

© Copyright 1993 - 2009 Bob Marley Movement of Jah People & Ticket Animal LLC Respectively. All Rights Reserved.

ober

POWERED
BY

# bob marley movement of jah people

ninemile jamaica

shop

mama marley

about us

UNCLE SAMS 1141 Washington Avenue Miami Beach 305.532.0973

CONDOM USA 3066 Grand Avenue Coconut Grove 305.445.7799

BARBICAN SQUARE (FKA JUNE'S) 11030 Pembroke Road Miramar 954.885.5422

JAMAICAN BAKERY & WHOLESALE 18667 S.W. 107th Avenue Cutler Bay 305.253.8943

CARIBBEAN DELITE RESTAURANT 9491 S.W. 160th Street Miami 305.254.6606

JUNE'S RESTAURANT 18400 N.W. 2nd Avenue Miami 305.654.2955

REGGAE N THINGS 7843 W. Sample Road Coral Springs 954.255.3280

JAMAICA KITCHEN 8736 S.W. 72st Street Miami 305.596.2585

privacy policy

terms and conditions

myspace

facebook

ober

POWERED BY

© Copyright 1993 - 2009 Bob Marley Movement of Jah People & Ticket Animal, LLC. Respectively. All Rights Reserved.