ninemile jamaica shop

Bob Marley Movement of Jah People
presents
the 16th Annual Caribbean Festival

**Featuring**

Stephen Marley, Damian Jr. Gong Marley, Julian Marley, Ky-Mani Marley, Capleton, Collie Buddz, Sizzla, and many more

Saturday, February 28th 2009

Bayfront Park
301 Biscayne Blvd.
Miami, FL

**Q** What time do gates open?

**A** Gates are open: 1:00pm to 12 midnight (rain or shine)

**Q** What am I allowed to bring into the park?

**A** Blankets and chairs are allowed; however, Video and Audio Recorders, Flash Cameras, Coolers, Picnic Baskets, Cans, Bottles, Personal Fireworks, Weapons, Umbrellas, Food and Drinks are NOT allowed in the park.

**Q** Where can I park?

**A** There are several public parking lots across the street from Bayfront Park, as well as other locations nearby. There is also a parking garage at Bayside Marketplace.

**Q** Where can I purchase tickets?

**A** Tickets can be purchased through this website or at an authorized ticket outlet listed on this site. Tickets will also be available on the day of show.

**Q** Besides my ticket, what else do I need to bring with me to the park?

**A** Remember to bring 4 canned goods per ticket as part of the admission.

**Q** Once I am in the park, during an event, am I allowed to leave and come back?

**A** There is NO re-entry allowed into the park.

**Q** Do I have to purchase a ticket for my child?

**A** Children under 12 are free when accompanied by an adult.

**Q** How do I get to Bayfront Park? Is public transportation available?

**A** Please visit our or

© Copyright 2009, Bob Marley Movement of Jah People & Tuff Gong ... All Rights Reserved.

privacy policy terms and conditions myspace facebook

ober

POWERED BY

bob marley movement of jah people

CATEGORIES

YOUR CART

Your Cart is currently empty.

ALSO AVAILABLE...

LOGIN

Email

Password

Remember me

Login

16TH ANNUAL
BOB MARLEY MOVEMENT
SAT URDAY
FEB 28
2009

OFFICIAL AFTER PARTY

Natural Mystic

HOSTED BY:
LANCE-O

REGGAE | HIP HOP
R&B | SOCA

THE BAYSIDE HUT

RIDDIMS DRIVEN BY:

BLACK CHINEY
GULLY BANK SOUND
METRIX

SPECIAL GUEST:

BASS NACHO

PARTY FROM 12 A.M. TO 5 A.M.

3501 RICKENBACKER CSWY, KEY BISCAYNE, FL 33149
WWW.MYSPACE.COM/BMMAFTERPARTY
WWW.GIGMAGFL.COM | WWW.BMMAFTERPARTY.COM
TELEPHONE : 954. 601. 7000

SPONSORS:

Florida Barber Academy
NORML
Spotlite Productions

Island People Entertainment

© Copyright 1993 - 2009 Bob Marley Movement of Jah People & Ticket Animal LLC Respectively. All Rights Reserved



bob marley
movement of
jah people

ninemile jamaica · shop · mama marley · about us

**Bayfront Park**
**301 North Biscayne Boulevard**
**Miami, FL 33132 USA**

Interact with live map below, or
for driving directions, and local information

Map
Sat
Ter
NE 8th St
NE 7th St
NE 6th St
NE 5th St
NE 4th St
NE 3rd St
NE 2nd St
NE 1st St
NE 1st Ave
NE 2nd Ave
N Miami Ave
S Miami Ave
Biscayne Blvd
American Airlines Arena
Port Blvd
Bayside Marketplace
Galeria International Mall
Bay Front Park
E Flagler St
SE 1st St
SE 2nd St
968
41
Google
Map data ©2009 Sanborn, Tele Atlas - Terms of Use

privacy policy · terms and conditions · myspace · facebook

Copyright 1993 ... All Rights Reserved.

ober

POWERED BY ticket

bob marley
movement of
jah people

**Biscayne Bay Marriott Hotel**
1633 N. Bayshore Drive
Miami, FL 33132
(305) 374-3900

**Clarion Hotel & Suites**
100 S.E. 4th Street
Miami, FL 33131
(305) 374-5100

**Courtyard by Marriott**
200 S.E. 2nd Avenue
Miami, FL 33131
(305) 374-3000

**Doubletree Grand Hotel**
1717 N. Bayshore Drive
Miami, FL 33132
(305) 372-0313

**Four Ambassadors Suites Hotel**
801 Brickell Bay Drive
Miami, FL 33131
(305) 371-6500

**Holiday Inn Port of Miami-Downtown**
340 Biscayne Boulevard
Miami, FL 33132
(305) 371-4400

**Hotel Inter-Continental Miami**
100 Chopin Plaza
Miami, FL 33131
(305) 577-1000

**Continental Bayside**
146 Biscayne Boulevard
Miami, FL 33132
866-539-0036

**Hyatt Regency Miami**
400 S.E. 2nd Avenue
Miami, FL 33131
(305) 358-1234

**International Inn on the Bay**
228 N.E. 1st Avenue
Miami, FL 33132
(305) 866-7661

**Mandarin Oriental Hotel**
500 Brickell Key Drive
Miami, FL 33131
(305) 913-8288

**Radisson Hotel Miami**
1601 Biscayne Boulevard
Miami, FL 33132
(305) 374-0000

**Silver Sands Beach Resort**
301 Ocean Drive
Key Biscayne, FL 33149
305.361.5441

**The Ritz-Carlton**
455 Grand Bay Drive
Key Biscayne, FL 33149
305.365.4500

**Sonesta**
260 Crandon Boulevard
Key Biscayne, FL 33149
305.365.0511

**The Grove Isle Hotel & Spa**
Four Grove Isle Drive
Coconut Grove, FL 33133
305.858.8300

**Sonesta Bayfront Hotel**
2889 McFarlane Road
Coconut Grove, FL 33133
305.529.2828

**Hampton Inn Coconut Grove**
2800 S.W. 28th Terrace
Coconut Grove, FL 33133
305.448.2800

**Mayfair Hotel & Spa**
3000 Florida Avenue
Coconut Grove, FL 33133
1.800.433.4555

**The Mutiny Hotel**
2951 South Bayshore Drive
Miami, FL 33133
1.888.686.8469

**Double Tree Hotel**
2649 South Bayshore Drive
Miami, FL 33133
305.858.2500

**Commodore Inn**
3162 Commodore Plaza
Unit 3 A/B
Coconut Grove, FL 33133
305.448.2128

© Copyright 1993 - 2009 Bob Marley Movement of Jah People & Ticket Animal LLC Respectively. All Rights Reserved.

ober

POWERED BY ticket animal 



bob marley [illegible]

Click or drag corners to turn pages

About Nine Mile | Book a Tour | FAQ | We want to hear from you | Photographs

Nine Mile, situated high in the mountains on the beautiful island of Jamaica, is a small friendly village tucked away in the parish of St. Ann.

This quaint hamlet is known as the birthplace of Bob Marley. It is the very same place where his mother, Cedella Marley Booker and brother, Anthony Booker, are now laid to rest.

Nine Mile is owned and operated by Bob's family. It is not unusual to find his relatives affectionately greeting visitors and being persuaded to tell stories about his childhood.

Your roundtrip tour takes you from your chosen hotel through some of the most breathtaking picturesque scenery in Jamaica, travelling through [illegible] Town and [illegible] to the village of Nine Mile, a quaint little place in the beautiful mountains of St. Ann. This is where the legendary "King of Reggae", Bob Marley, was born on February 6th, 1945.

The tour starts at the family's house where the family's [illegible] [illegible]. Many of Bob's close family still live there today. You will be taken through the house Bob lived in as a young boy, and your Rastafarian guide will share with you [illegible] known facts about Bob Marley's childhood and musical career. You will be escorted to Mount Zion Rock, where Bob used to meditate and you'll see his stone "the pillow" made famous in the song "Talkin' Blues". Finally, walk through the mausoleum, which is the final resting place of the Reggae King. You will also see the [illegible] where young Bob Marley cooked his meals as described in the song "No Woman No Cry" when he sang "[illegible]" [illegible] which [illegible] with you.

After the tour is completed, your guide will take you to our restaurant for a scrumptious lunch and refreshments.

Your return trip is an extension of your excursion, which takes you through rural Jamaica, as you wind your way through [illegible] [illegible] House and [illegible] Town. You will see the [illegible] Town market, famous for its produce. There is no better way to end your tour as you return to your North Coast destination.

Our Nine Mile tour will introduce you to a community that helped influence one of the greatest musicians of this century. It will leave you with a better understanding of this great man, whose vision helped change the thoughts of people worldwide. No small achievement for a man who often spoke of his respect for the simple rural life. Respect was instilled in him during his youthful days in the small rural district village many still call Nine Mile.

Why is it called Nine Mile?

The town is called Nine Mile because it is approximately a mile from another town called Eight Mile. The other town which is called Seven Mile is also a mile from Eight Mile, so of the Nine Mile [illegible] the town is called Nine Mile. This [illegible] [illegible] Eight Mile.

As many have found, a trip to Nine Mile renews faith in some of the important elements of life, elements that constantly influenced Bob Marley, and are reflected in the lyrics of his songs. If you are ever in Jamaica, we would like to personally invite you to come see, come feel, with Bob Marley and his family in Nine Mile.

To book your Nine Mile Tour can be put [illegible] [illegible] [illegible]
- [illegible] the link to the shopping cart
- With a Nine Mile Tour representative at [illegible]
- In person at Nine Mile during [illegible] [illegible]

[illegible]
If you would like to make the tour [illegible] our [illegible] [illegible] [illegible] the entrance.
[illegible]
The tour rates listed here include transportation to Nine Mile from your hotel or ship and a complimentary lunch with refreshments.

| Departing From | Group per person | Individual | Kids (under 12) |
|---|---|---|---|
| Ocho Rios | [illegible] | [illegible] | [illegible] |
| Montego Bay | [illegible] | [illegible] | [illegible] |
| Negril | [illegible] | [illegible] | [illegible] |

*All rates are quoted in U.S. Dollars
*All prices are subject to change

[illegible]
American Express, Visa and MasterCard

[illegible]
All [illegible] changes [illegible] be made [illegible] days before [illegible] travel date.
[illegible] [illegible] [illegible] [illegible] the full amount will be [illegible].

[illegible] minutes to [illegible]

[illegible]
Nine Mile is approximately [illegible] from [illegible] Bay and [illegible] from Negril.

[illegible]
Of course. That is not a problem. Tell your driver [illegible] what time you need to be back to [illegible] ship and he will get you back in a timely manner.

[illegible]
When you book [illegible] [illegible] what time you would like to be picked up. [illegible] the travel time to and from Nine Mile [illegible] [illegible] [illegible] [illegible] [illegible].

[illegible]
If you are being picked up from a hotel, your driver will meet you in the lobby. If you are being picked up from a ship [illegible] [illegible] driver will meet you [illegible] the [illegible] area.

[illegible]
You have a choice between a chicken dish and a vegetarian dish.

[illegible]
[illegible] 8 a.m. to 4 p.m.

[illegible]
Of course. Please feel free to contact a Nine Mile representative at [illegible], from Monday to Friday, between the hours of [illegible] a.m. [illegible] p.m. EST.

privacy policy | terms and conditions | myspace | facebook



bob marley

This quaint hamlet is known as the birthplace of Bob Marley, and it is the very same place that he and his mother were later laid to rest.

About Nine Mile : Book a Tour : FAQ : We would love to hear from you : Photogallery

Nine Mile, situated high in the [illegible] on the beautiful island of Jamaica, is a small friendly village [illegible] in the parish of St. Ann.

This quaint hamlet is known as the birthplace of Bob Marley. It is the very same place where his mother, Cedella Marley Booker, and brother, Anthony Booker, are now laid to rest.

Nine Mile is owned and operated by [illegible]. [illegible]

[illegible]

Our Nine Mile tour will introduce you to a community that helped influence one of the greatest [illegible] of this century. It will leave you with a better understanding of the humble man, whose [illegible] helped change the thoughts of people worldwide. No small achievement for a man who often spoke [illegible] respect for the simple rural life. [illegible] during his [illegible] in the small mountain village [illegible] Nine Mile.

Why is it called Nine Mile?

The town is called Nine Mile because it is approximately a mile from another town called Eight Mile. The other town which is called Seven Mile is also a mile from Eight Mile [illegible] the Nine Mile marker the town is called Nine Mile. [illegible] reference to [illegible] Eight Mile.

As many have found, a trip to Nine Mile [illegible] some of the important elements of life, elements that [illegible] influenced Bob Marley and are reflected in the lyrics of his songs. If you are ever in Jamaica, we would like to personally invite you to come see, come be, with Bob Marley and his family at Nine Mile.

Tickets for the Nine Mile Tour can be purchased [illegible]

- [illegible] to the shopping cart
- [illegible] Nine Mile Tour [illegible]
- [illegible] Nine Mile [illegible]

[illegible]

The tour rates listed below include transportation to Nine Mile from your hotel or ship and a complimentary lunch with refreshments.

| Departing From | Group (per person) | Individual | Kids 12 and under (free) |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |
| Montego Bay | [illegible] | [illegible] | [illegible] |
| Negril | [illegible] | [illegible] | [illegible] |

*All rates are quoted in U.S. Dollars

*All prices are subject to change

[illegible]

[illegible]

privacy policy : terms and conditions : myspace : facebook

bob marley [illegible]

Click or drag corners to turn pages

About Nine Mile | Book a Tour | FAQ | We want to hear from you | Photogallery

Nine Mile, situated high in the mountains on the beautiful island of Jamaica, is a small friendly village tucked away in the parish of St. Ann.

This quaint hamlet is known as the birthplace of Bob Marley. It is the very same place where he, his mother Cedella Marley Booker, and brother Anthony Booker, are now laid to rest.

Nine Mile is owned and operated by Bob's family. It is not unusual to find his relatives affectionately greeting visitors and being persuaded to tell stories of his childhood.

Your round-trip tour takes you from your ship or hotel through some of the most breathtaking picturesque scenery in Jamaica, traveling through [illegible] Town and Claremont to the village of Nine Mile, a quaint [illegible] in the beautiful mountains of St. Ann. There is where the [illegible] Bob Marley [illegible] February 6th, 1945.

The tour starts at the family's house where the family's history began. [illegible] You will be taken through the house Bob [illegible] and [illegible] Bob Marley's childhood [illegible] on "Mount Zion Rock," where Bob [illegible] You will [illegible] walk through the mausoleum, which is the final resting place of the Reggae King. You will also see the [illegible] where young Bob Marley [illegible] in the song "No Woman No Cry," [illegible]

After the tour is completed, [illegible] restaurant for a scrumptious lunch and refreshments.

Your return trip [illegible] which takes you through [illegible] Moneague [illegible] Town [illegible] return to your North Coast [illegible]

Our Nine Mile tour will [illegible] that helped influence one of the greatest musicians of this century. It will leave you with a better understanding of [illegible] whose vision helped change the thoughts of people worldwide. No small achievement for a man who often spoke of his respect for the simple rural life. [illegible] his childhood years in the small mountain village he always called Nine Mile.

Why is it called Nine Mile?

The town is called Nine Mile because it is approximately a mile from another town called Eight Mile. The other town which is called Seven Mile [illegible] Eight Mile [illegible] the Nine Mile [illegible] called Nine Mile. [illegible] reference to [illegible] called Fresh Milk.

As [illegible], a trip to Nine Mile [illegible] the important elements of life, elements that [illegible] Bob Marley and [illegible] in the lyrics of his songs. [illegible] we would like to [illegible] come and meet [illegible] Bob Marley and his family at Nine Mile.

Tickets for the Nine Mile Tour can be purchased any of the following ways:
- Online (link to the shopping cart)
- With a Nine Mile Tour representative [illegible]
- In person at Nine Mile during hours of operation

[illegible]

If you would like to take the tour without our transport [illegible], the cost is USD $[illegible] at the entrance.

[illegible]

The tour rates listed below include transportation to Nine Mile from your hotel or ship and a complimentary lunch with refreshments.

| Departure From | Group (per [illegible]) | Individual | Kids ([illegible]) |
| --- | --- | --- | --- |
| Ocho Rios | [illegible] | [illegible] | [illegible] |
| Montego Bay | [illegible] | [illegible] | [illegible] |
| Negril | [illegible] | [illegible] | [illegible] |

- All rates are quoted in U.S. Dollars
- All prices are subject to change

[illegible]

American Express, Visa, and MasterCard

[illegible]

All cancellations or changes to your reservations can be made [illegible] before your scheduled travel date. [illegible] notification to avoid penalty. If [illegible] less than [illegible] hours prior to travel, the full amount will be [illegible]

[illegible]

[illegible] minutes to an hour

[illegible]

Nine Mile is approximately [illegible] hour and [illegible] minutes from Ocho Rios, [illegible] hours from Montego Bay, and [illegible] hours from Negril.

[illegible]

Of course, that is not a problem. Let your driver know what time you need to get back to your ship and he will get you there in a timely manner.

[illegible]

When you book your tour, you can specify what time you would like to be picked up. Please keep in mind the travel time to and from Nine Mile. We understand that ships dock at different times so we will accommodate your needs.

[illegible]

If you are being picked up from a hotel, your driver will meet you in the lobby. If you are being picked up from a ship, [illegible] your driver will meet you outside of the reception area.

[illegible]

You have a choice between a chicken dish and a vegetarian dish.

[illegible]

Everyday from [illegible] am to [illegible] pm

[illegible]

Of course! Please feel free to contact a Nine Mile representative at [illegible] from Monday to Friday between the hours of [illegible] a.m. to [illegible] p.m. EST

privacy policy | terms and conditions | [illegible] | facebook





bob marley [illegible]

Click or drag corners to turn pages

Come Be
roundtrip tour
takes you from your
ship or hot[illegible] through
[illegible]e of the[illegible]st
[illegible]taking
[illegible]resque scenery
[illegible]maica,

About Nine Mile | Book a Tour | FAQ | We want to hear from you | Photogallery

Nine Mile, situated high in the mountains on the beautiful island of Jamaica, is a small friendly village tucked away in the parish of St. Ann.

This quaint hamlet is known as the birthplace of Bob Marley. It is the very same place where he, his mother, Cedella Marley Booker, and brother, Anthony Booker, are now laid to rest.

Nine Mile is owned and operated by [illegible] family. It is not unusual to find his relatives [illegible] greeting visitors and being persuaded to tell stories of his childhood.

Your roundtrip tour takes you from your ship or hotel through some of the most breathtaking picturesque scenery in Jamaica, traveling through Claremont [illegible] to the village of Nine Mile, a quaint little place in the beautiful mountains of St. Ann. There is where the legendary "King of Reggae" Bob Marley was born on February 6th, 1945.

The tour starts at the family's house where the family's history began. Many of [illegible] still live there today. You will be taken through the house Bob lived in as a young boy, and your Rastafarian guide will share with you [illegible] Bob Marley's childhood and [illegible]. You will get to stand on Mount [illegible] Rock, where Bob used to meditate and rest his head on the pillow [illegible] "Talkin' Blues" [illegible] walk through the mausoleum, which is the final resting place of the Reggae King. You will also see the [illegible] where young Bob Marley cooked his meals as depicted in the song No Woman No Cry [illegible]

After the tour is completed, your guide will take you to our restaurant for a scrumptious lunch and refreshments.

Your return trip is a continuation of [illegible] which takes you through [illegible] as you wind your way through [illegible] and Brown's Town. You will see the Brown's Town market, famous for its produce. There is no better way to end your [illegible] as you return to your North Coast destination.

Our Nine Mile tour will introduce you to a community that helped [illegible] one of the greatest [illegible] of this century. It will leave you with a better understanding of a young man whose voice helped change the thoughts of people worldwide. No small achievement for a man who often spoke of his respect for the simple rural life. Respect was instilled in him during his youthful [illegible] in the [illegible] village [illegible] still call Nine Mile.

Why is it called Nine Mile?

The town is called Nine Mile because it is approximately a mile from another town called Eight Mile. The other town which is called Seven Miles, [illegible] a mile from Eight Mile, so at the Nine Mile [illegible] the town is called Nine Mile. [illegible]

[illegible] a trip to Nine Mile [illegible] in some of the important elements of life, elements that [illegible] influenced Bob Marley and are reflected in the lyrics of his songs. If you are [illegible] in Jamaica, we would like to personally invite you to [illegible] come be [illegible] with Bob Marley and his family at Nine Mile.

Tickets for the Nine Mile Tour can be purchased any of the following ways:

- Online (link to the shopping cart)
- With a Nine Mile Tour representative at [illegible]
- In person at Nine Mile during hours of operation

[illegible]

If you would like to take the tour without our transportation services, the fee is [illegible] at the entrance.

[illegible]

The tour rates listed below include transportation to Nine Mile from your hotel or ship and a complimentary lunch with refreshments.

| Departing From | Group ([illegible] or more) | Individual | Kids ([illegible] and under [illegible]) |
|---|---|---|---|
| Ocho Rios | [illegible] | [illegible] | [illegible] |
| Montego Bay | [illegible] | [illegible] | [illegible] |
| Negril | [illegible] | [illegible] | [illegible] |

- All rates are quoted in U.S. Dollars.
- All prices are subject to change.

[illegible]

American Express, Visa, and Mastercard

[illegible]

All cancellations or changes to your reservation can be made online up to [illegible] before your scheduled travel date.

All reservations require a [illegible] hour notification to avoid penalty. If reservation is cancelled less than [illegible] hours prior to travel, the full amount will be assessed.

[illegible]

[illegible] minutes to an hour

[illegible]

[illegible] Nine Mile is approximately [illegible] hour and [illegible] minutes from Ocho Rios, [illegible] hours from Montego Bay, and [illegible] hours from Negril.

[illegible]

[illegible] Of course. That is not a problem. Let your driver know what time you need to get back to your ship and he will get you back in a timely manner.

[illegible]

[illegible] When you book [illegible], you can specify what time you would like to be picked up. [illegible] the travel time to and from Nine Mile. We understand that ships dock at different times so we will [illegible] needs.

[illegible]

[illegible] If you are being picked up from a hotel, your driver will meet you in the lobby. If you are being picked up from a ship, [illegible] driver will meet you outside of the [illegible] area.

[illegible]

[illegible] You have a choice between a chicken dish and a vegetarian dish.

[illegible]

[illegible] Everyday from [illegible] a.m. to [illegible] p.m.

[illegible]

[illegible] Of course! Please feel free to contact a Nine Mile representative at [illegible] from Monday to Friday between the hours of [illegible] a.m. to [illegible] p.m. EST.

privacy policy | terms and conditions | site map | facebook

Powered by [illegible]

bob marley [illegible]

Click or drag corners to turn pages

About Nine Mile | Book a Tour | FAQ | We want to hear from you | Photogallery

Nine Mile, situated high in the mountains on the beautiful island of Jamaica, is a small friendly village tucked away in the parish of St. Ann.

This quaint hamlet is known as the birthplace of Bob Marley. It is the very same place where he, his mother Cedella Marley Booker and brother, Anthony Booker, are now laid to rest.

Nine Mile is owned and operated by [illegible] family. It is not unusual to find his relatives affectionately greeting visitors and being persuaded to tell stories of his childhood.

Your roundtrip tour takes you from your ship or hotel through some of the most breathtaking picturesque scenery in Jamaica traveling through Higgins Town and Claremont to the village of Nine Mile, a quaint little place in the beautiful mountains of St. Ann. There is where the legend [illegible] King of Reggae, Bob Marley, was born on February 6th, 1945.

The tour starts at the family's house where the family's history began. Many of [illegible] family still live there today. You will be taken through the house Bob lived in as a young boy, and your Rastafarian guide will share with you little known insights into Bob Marley's childhood and rock all over. You will get to stand on "Mount Zion Rock" where [illegible] to meditate and rest his head on "the pillow" [illegible] in the song "Talking Blues". Finally, walk through the mausoleum which is the final resting place of the Reggae King. You will also see the [illegible] where young Bob Marley [illegible] in the song "No Woman No Cry" when he sang "we would cook cornmeal porridge of which I'll share with you".

After the tour is completed, your guide will take you to our restaurant for a scrumptious lunch and refreshments.

Your return trip is a continuation of scenic excursion which takes you through rural Jamaica [illegible] through Brown's Town. You will see the Brown's Town market famous for its produce. [illegible] as you return to your North Coast destination.

Our Nine Mile tour will introduce you to a community that helped influence one of the greatest musicians of this century. It will leave you with a better understanding of a young man whose music helped change the thoughts of people worldwide. No small achievement for a man who often spoke of his respect for the simple rural life. People [illegible] humble beginnings [illegible] in the small [illegible] village locally called Nine Mile.

Why is it called Nine Mile?

The town is called Nine Mile because it is approximately a mile from another town called Eight Mile. The other town which is called Seven Mile is [illegible] a mile from Eight Mile. [illegible] the Nine Mile marker the town is called Nine Mile. [illegible] Eight Mile.

As many have [illegible], a trip to Nine Mile [illegible] of the simple [illegible] elements of life, elements that [illegible] influenced Bob Marley and are reflected in the lyrics of his songs. [illegible] we would like to personally invite you to [illegible] with Bob Marley and his family at Nine Mile.

Tickets for the Nine Mile Tour can be purchased one of the following ways:

• Online; link to the shopping cart

• With a Nine Mile Tour representative [illegible]

• In person at Nine Mile during hours of operation

[illegible]

If you would like to take the tour without our transportation services, the cost is USD $[illegible] at the entrance.

[illegible]

The tour rates listed below include transportation to Nine Mile from your hotel or ship and a complimentary lunch with refreshments.

| Departure From | Groups (4 or more) | Individual | Kids (6 and under) free |
|---|---|---|---|
| Ocho Rios | $[illegible] | $[illegible] | $[illegible] |
| Montego Bay | $[illegible] | $[illegible] | $[illegible] |
| Negril | $[illegible] | $[illegible] | $[illegible] |

• All rates are quoted in U.S. Dollars.

• All prices are subject to change.

[illegible]

American Express, Visa, and MasterCard

[illegible]

All cancellations or changes to your reservations can be made online up to [illegible] days before your scheduled travel date. All reservations require [illegible] hour notification to avoid penalty. If reservation is cancelled less than [illegible] hours prior to travel, the full amount will be charged.

[illegible]

[illegible] minutes to an hour

[illegible]

[illegible] Nine Mile is approximately [illegible] hour and [illegible] minutes from Ocho Rios, [illegible] from Montego Bay, and [illegible] hours from Negril

[illegible]

[illegible] Of course, that is not a problem. Let your driver know what time you need to get back to your ship and he will get you back in a timely manner.

[illegible]

[illegible] When you book your tour, you can specify what time you would like to be picked up. Please keep in mind the travel time to and from Nine Mile. We understand that ships dock at different times so we will accommodate accordingly.

[illegible]

[illegible] If you are being picked up from a hotel, your driver will meet you in the lobby. If you are being picked up from a ship, [illegible] driver will meet you outside the [illegible]

[illegible]

[illegible] You have a choice between a chicken dish and a vegetarian dish.

[illegible]

[illegible] from [illegible] a.m. to [illegible] p.m.

[illegible]

Of course. Please feel free to contact a Nine Mile representative at [illegible] from Monday to Friday between the hours of [illegible] a.m. to [illegible] p.m. EST

[illegible]

bob marley
movement of
jah people
ninemile
jamaica
shop
mama marley
about us
Click or drag corners to turn pages
The tour starts at the family's house where the family's history began.
Many of Bob's close family still lives there today.
About Nine Mile | Book a Tour | FAQ | We want to hear from you | Photogallery

bob marley
movement of
jah people

ninemile jamaica | shop | mama marley | about us

Click or drag corners to turn pages

You will get to stand on "Mount Zion Rock" where Bob used to meditate and rest his head on "the pillow" made famous in the song "Talking Blues." Finally, walk through the mausoleum, which is the final resting place of the Reggae King.

You will also see the Fireside where young Bob Marley cooked his meals as depicted in the song No Woman No Cry when he sang "we would cook cornmeal porridge of which I share with you."

bob marley [illegible]

Click or drag corners to turn pages

About Nine Mile | Book a Tour | FAQ | We want to hear from you | Photogallery

Nine Mile, [illegible] high in the mountains on the beautiful island of Jamaica, is a small friendly village [illegible] in the parish of St. Ann.

This quaint hamlet is known as the birthplace of Bob Marley. It is the very same place where he, his mother, Cedella Marley Booker, and brother, Anthony Booker, are now laid to rest.

Nine Mile is owned and operated by Bob's family. It is not unusual to find his relatives [illegible] greeting visitors and being prompted to tell stories of his childhood.

Your roundtrip tour takes you from your ship or hotel through some of the most breathtaking picturesque scenery in Jamaica traveling through Higgins Town and Claremont to the village of Nine Mile, a quaint little place in the beautiful mountains of St. Ann. This is where the legendary King of Reggae, Bob Marley, was born on February 6th, 1945.

The tour starts at the family's house where the family's [illegible] began. Many of Bob's close family still live there today. You will be taken through the house Bob lived in as a young boy, and your [illegible] guide will share with you little known insights into Bob Marley's childhood and musical career. You will get to stand on "Mount Zion Rock", where Bob used to meditate and rest his head on the pillow made famous in the song "Talkin' Blues". Finally, walk through the mausoleum, which is the final resting place of the Reggae King. You will also see the bed in which young Bob Marley [illegible] as depicted in the song No Woman No Cry [illegible] which [illegible] with you.

After the tour is completed, your guide will take you to our restaurant for a scrumptious lunch and refreshments.

Your return trip is [illegible] which takes you through [illegible] Jamaica [illegible] through [illegible] Town. You will see the [illegible] market [illegible] for its produce. [illegible] North Coast destination.

Our Nine Mile tour will introduce you to a community that helped influence one of the greatest musicians of this century. It will leave you with a better understanding of a young man, whose vision helped change the thoughts of people worldwide. No small achievement for a man who often spoke of his respect for the simple rural life. Respect is as meaningful to him during his [illegible] days in the small mountain village [illegible] still call Nine Mile.

Why is it called Nine Mile?

The town is called Nine Mile because it is approximately a mile from another town called Eight Mile. The other town which is called Seven Mile is [illegible] a mile from Eight Mile, so is the Nine Mile [illegible] the town is called Nine Mile. This has nothing to do in reference to [illegible] called Eight Mile.

As many have found, a trip to Nine Mile reveals truth in some of the important elements of life, elements that constantly influenced Bob Marley and are reflected in the lyrics of his songs. If you are ever in Jamaica, we would like to personally invite you to come see, come be, with Bob Marley and his family at Nine Mile.

Tickets for the Nine Mile Tour can be purchased in one of the following ways:
- Online (link to the shopping cart)
- With a Nine Mile Tour representative [illegible]
- In person at Nine Mile during business operation

TOUR RATES (WITHOUT TRANSPORTATION)
If you would like to take the tour without our transportation services, the cost is [illegible] USD [illegible] at the entrance.

TOUR RATES (WITH TRANSPORTATION)
The tour rates listed below include transportation to Nine Mile from your hotel or ship and a complimentary lunch with refreshments.

| Departure From | Groups (4 or more) | Individual | Kids (12 and under free) |
|---|---|---|---|
| Ocho Rios | $[illegible] | $[illegible] | $[illegible] |
| Montego Bay | $[illegible] | $[illegible] | $[illegible] |
| Negril | $[illegible] | $[illegible] | $[illegible] |

*All rates are quoted in U.S. Dollars
*All prices are subject to change

[illegible]
American Express, Visa, and MasterCard

[illegible]
All [illegible] changes [illegible] made online up to [illegible] before your scheduled tour date.
All [illegible] require [illegible] hour notification [illegible] penalty. If reservation is cancelled less than [illegible] hours prior to travel, the full amount will be [illegible].

[illegible]
[illegible] minutes to an hour.

[illegible]
Nine Mile is approximately [illegible] from Ocho Rios, [illegible] from Montego Bay, and [illegible] from Negril.

[illegible]
Of course. That is not a problem. Let your driver know what time you need to get back to your ship and he will get you back in a timely manner.

[illegible]
When you book your tour, you can specify what time you would like to begin. [illegible] from Nine Mile. [illegible] at different times [illegible].

[illegible]
If you are being picked up from a hotel, your driver will meet you in the lobby. If you are being picked up from a ship [illegible] will meet you [illegible] the reception area.

[illegible]
You have a choice between a chicken dish and a vegetarian dish.

[illegible]
[illegible]

[illegible]
Of course! Please feel free to contact a Nine Mile representative [illegible] Monday to Friday between the hours of [illegible] a.m. to [illegible] p.m. EST.

bob marley [illegible]

Click or drag corners to turn pages

[illegible] you through rural Jamaica, as you wind your way through scenic Muir House and Brown's Town. You will see the Brown's Town market, famous for its produce.

About Nine Mile | Book a Tour | FAQ | We want to hear from you | Photogallery

Nine Mile, situated high in the mountains on the beautiful island of Jamaica, is a small friendly village tucked away in the parish of St. Ann.

This quaint hamlet is known as the birthplace of Bob Marley. It is the very same place where he, his mother, Cedella Marley Booker and brother, Anthony Booker, are now laid to rest.

Nine Mile is owned and operated by Bob's family. It is not unusual to find his [illegible] greeting visitors and being persuaded to tell stories of his childhood.

Your round trip tour takes you from your ship or hotel through some of the most breathtaking picturesque scenery in Jamaica, traveling through [illegible] Town and Claremont to the village of Nine Mile, a quaint little place in the [illegible] mountains of St. Ann. This is where the legendary "King of Reggae" Bob Marley was born on February 6th, 1945.

The tour starts at the family's house where the family's history began. Many of Bob's [illegible] still live there today. You will be taken through the house [illegible] [illegible] Bob Marley [illegible] Mount Zion Rock [illegible] the pillow [illegible] Talk to Skies [illegible] walk through the mausoleum which is the final resting place of the Reggae King. You will also see the [illegible] where [illegible] Bob Marley cooked his meals as depicted in the song No Woman No Cry [illegible]

After the tour is completed, your guide will take you to our restaurant for a sumptuous lunch and refreshments.

Your return trip [illegible] through rural Jamaica, as you wind your way through scenic Muir House and Brown's Town. You will see the Brown's Town market, famous for its produce. There is no better way to end your tour as you return to your North Coast destination.

Our Nine Mile tour will introduce you to a community that helped influence one of the greatest musicians of the century. It will leave you with a better understanding of a young man whose music helped change the thoughts of people worldwide. No small achievement for a man who often spoke of his respect for the simple rural life. Respect [illegible] in the small mountain village locally called Nine Mile.

Why is it called Nine Mile?

The town is called Nine Mile because it is approximately [illegible] mile from another town called Eight Mile. The other town [illegible] Seven Mile [illegible] Eight Mile [illegible] Nine Mile [illegible] Eight Mile.

[illegible] a trip to Nine Mile [illegible] the important elements of [illegible] Bob Marley [illegible] Jamaica, we would like to [illegible] Bob Marley and his family at Nine Mile.

Tickets for the Nine Mile Tour can be purchased any of the following ways:
- online (click to the shopping cart)
- with a Nine Mile Tour representative at [illegible]
- in person at Nine Mile during hours of operation

TOUR RATES WITHOUT TRANSPORTATION
If you would like to take the tour without our transportation services, the cost is USD $[illegible] at the entrance.

TOUR RATES WITH TRANSPORTATION
The tour rates listed below include transportation to Nine Mile from your hotel or ship and a complimentary lunch with refreshments.

| Departing From | Groups (min [illegible]) | Individual | Kids [illegible] and under [illegible] |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |
| Montego Bay | [illegible] | [illegible] | [illegible] |
| Negril | [illegible] | [illegible] | [illegible] |

- All rates are quoted in U.S. Dollars
- All prices are subject to change

Credit Cards Accepted
American Express, Visa and MasterCard

Cancellation Policy
All cancellations must [illegible] [illegible] travel date. All reservations [illegible] cancellation [illegible] penalty. If reservation is cancelled less than [illegible] hours prior to travel, the full amount will be assessed.

[illegible]
[illegible] approximately [illegible] hour[illegible]

[illegible]
[illegible] Nine Mile is approximately [illegible] hour and [illegible] minutes from [illegible] from Montego Bay [illegible] hours from Negril.

[illegible]
[illegible] Our guides [illegible] what time you need to get back to your ship and he will get you back in a timely manner.

[illegible]
[illegible] When you book [illegible] what time you need to [illegible] the pick up [illegible] travel time to and from Nine Mile [illegible]

[illegible]
[illegible] If you are being picked up from a hotel, [illegible] will meet you in the lobby. If you are being picked up from a ship, [illegible] will meet you [illegible]

[illegible]
[illegible] You have a choice between a chicken dish and a vegetarian dish.

[illegible]
[illegible]

[illegible]
[illegible] Of course. Please feel free to contact a Nine Mile representative at [illegible] from Monday to Friday between the hours of [illegible]

privacy policy | terms and conditions | myspace | facebook



Click or drag corners to turn pages

About Nine Mile | Book a Tour | FAQ | We want to hear from you | Photogallery

Nine Mile, situated high in the mountains on the beautiful island of Jamaica, is a small friendly village tucked away in the parish of St. Ann.

This quaint hamlet is known as the birthplace of Bob Marley. It is the very same place where he, his mother, Cedella Marley Booker and brother, Anthony Booker, are now laid to rest.

Nine Mile is owned and operated by Bob's family. It is not unusual to find his relatives affectionately greeting visitors and being persuaded to tell stories of his childhood.

Your roundtrip tour takes you from your ship or hotel through some of the most breathtaking picturesque scenery in Jamaica, traveling through [illegible] Town and Claremont to the village of Nine Mile, a quaint little place in the beautiful mountains of St. Ann. This is where the legendary "King of Reggae", Bob Marley, was born on February 6th, 1945.

[illegible]

After the tour is completed, your guide will take you to our restaurant for a complimentary lunch and refreshments.

Your return trip is a continuation of scenic wonder which takes you through rural Jamaica, as you wind your way through [illegible] [illegible] Town. You will see the [illegible] market [illegible] produce. [illegible] as you return to your North Coast destination.

Our Nine Mile tour will introduce you to a community which helped influence one of the greatest musicians of this century. It will leave you with a better understanding of a young man, whose vision helped change the thoughts of people worldwide. No small achievement for a man who often spoke of his respect for the simple rural life. Respect was instilled in him during his youthful days in the small mountain village locals still call Nine Mile.

Why is it called Nine Mile?

The town is called Nine Mile because it is approximately a mile from another town called Eight Mile. The other town which is called Seven Mile is one mile from Eight Mile, so the Nine Mile marker the town is called Nine Mile. [illegible] Eight Mile.

As many have found, a trip to Nine Mile [illegible] some of the important elements of life, elements that [illegible] influenced Bob Marley [illegible] reflected in the [illegible]. If you are ever in Jamaica, we would like to personally invite you to come see where the [illegible] Bob Marley and his family at Nine Mile.

Tickets for the Nine Mile Tour can be purchased any of the following ways:
- online (add to the shopping cart)
- with a Nine Mile Tour representative at [illegible]
- in person at Nine Mile during hours of operation

TOUR RATES WITHOUT TRANSPORTATION:
If you would like to take the tour without our transportation service, the cost is [illegible] at the entrance.

TOUR RATES WITH TRANSPORTATION:
The tour rates listed below include transportation to Nine Mile from your hotel or ship and a complimentary lunch with refreshments.

| Departing From | Group (4 or more) | Individual | Kids (6 and under free) |
|---|---|---|---|
| Ocho Rios | [illegible] | [illegible] | [illegible] |
| Montego Bay | [illegible] | [illegible] | [illegible] |
| Negril | [illegible] | [illegible] | [illegible] |

* All rates are quoted in U.S. Dollars
* All prices are subject to change

[illegible]
American Express, Visa and MasterCard

[illegible]
All cancellations or changes to your reservations can be made [illegible]
All cancellations require [illegible] notification [illegible] penalty. If reservation is cancelled less than [illegible] hours prior to travel, the full amount will be charged.

[illegible]
[illegible]

[illegible]
Nine Mile is approximately [illegible] from Montego Bay and [illegible] from Negril.

[illegible]
[illegible] your driver know what time you need to get back to your ship and he will get you back in [illegible] time.

[illegible]
When you book your tour, you can specify what time you would like the pick up. [illegible] Nine Mile. We understand that ships dock at different times, so we will [illegible].

[illegible]
If you are being picked up from a hotel, your driver will meet you in the lobby. If you are being picked up from a ship, [illegible] driver will meet you [illegible].

[illegible]
You have a choice between a chicken dish and a vegetarian dish.

[illegible]
[illegible] from [illegible] to [illegible]

[illegible]
Of course. Please feel free to contact a Nine Mile representative [illegible] from Monday to Friday between the hours of [illegible].

bob marley [illegible]

Click or drag corners to turn pages

Nine Mile, situated high in the mountains on the beautiful island of Jamaica, is a small friendly village tucked away in the parish of St. Ann.

This quaint hamlet is known as the birthplace of Bob Marley. It is the very same place where his [illegible], Ciddy Marley Booker, and brother, Anthony Booker, are now laid to rest.

Nine Mile is owned and operated by Bob's family. It is not unusual to find his [illegible] who [illegible] greeting visitors and being persuaded to tell stories of his childhood.

Your roundtrip tour takes you from your ship or hotel through some of the most breathtaking picturesque scenery in Jamaica traveling through Fern Gully, Claremont [illegible] to the village of Nine Mile, a quaint little place in the beautiful mountains of St. Ann. There is where the legendary King of Reggae, Bob Marley, was born on February 6th, 1945.

The tour starts at the family home where the family's history began. Many of Bob's close family still live there today. You will be taken through the house Bob lived in as a young boy and your Rastafarian guide will share with you little known insights of Bob. [illegible] You will [illegible] visit [illegible] Stone [illegible], where Bob used to meditate and rest his head on "the pillow" made famous in the song "Talking Blues". Finally walk through the mausoleum, which is the final resting place of the Reggae King. You will also see the [illegible] where [illegible] Bob Marley [illegible] his [illegible] in the [illegible] when he [illegible] [illegible] share with you.

After the tour is completed, your guide will take you to our restaurant for a complimentary lunch and refreshments.

Your return trip [illegible] which takes you through rural [illegible] as [illegible] through scenic [illegible] Brown's Town. You will see the Brown's Town market [illegible] its produce. There is no better way to end your tour as you return to your North Coast destination.

Our Nine Mile tour will introduce you to a community that helped influence one of the greatest musicians of the century. It will leave you with a better understanding of a young man, whose vision helped change the thoughts of people worldwide. No small achievement for a man who often spoke of his respect for the simple rural life. Respect was instilled in him during his childhood days in the small mountain village in St. Ann called Nine Mile.

Why is it called Nine Mile?

The town is called Nine Mile because it is approximately a mile from another town called Eight Mile. The other town which is called Seven Miles is a mile from Eight Mile near the Nine Mile [illegible] that [illegible] called Nine Mile. [illegible] Eight Mile.

As many have found, a trip to Nine Mile [illegible] the important element of life, elements that constantly influenced Bob Marley and are reflected in the [illegible] of his music. If you are ever in Jamaica, we would like to personally invite you to come see, come be with Bob Marley and the family at Nine Mile.

Tickets for the Nine Mile Tour can be purchased in one of the following ways:

- online (click to the shopping cart)
- with a Nine Mile Tour representative [illegible]
- in person at Nine Mile [illegible]

[illegible]
If you would like to take the tour [illegible] services, the cost is [illegible] at the entrance.
[illegible]
The tour rates listed below include transportation to Nine Mile from your hotel or ship and a complimentary lunch with refreshments.

| Departure From | Single [illegible] | Individual | [illegible] |
|---|---|---|---|
| Ocho Rios | [illegible] | [illegible] | [illegible] |
| Montego Bay | [illegible] | [illegible] | [illegible] |
| Negril | $[illegible] | $[illegible] | $[illegible] |

* All rates are quoted in U.S. Dollars
* All prices are subject to change

[illegible]
American Express, Visa and Mastercard

[illegible]
[illegible] cancellations [illegible] 24 hours [illegible]
All reservations [illegible] If your tour is cancelled [illegible] amount will be refunded.

[illegible]
A. [illegible] minutes [illegible]

[illegible]
A. Nine Mile is approximately [illegible] from Ocho Rios, 2 ½ hours from Montego Bay, and [illegible] from Negril.

[illegible]
A. Of course. [illegible]

[illegible]
A. When you book your tour [illegible] what time you would like to be picked up [illegible] Nine Mile [illegible]

[illegible]
A. If you are being picked up from a hotel [illegible]

[illegible]
A. You have a choice between a chicken dish and a vegetarian dish.

[illegible]
A. [illegible] from [illegible] a.m. to [illegible] p.m.

[illegible]
A. Of course. Please feel free to [illegible] Nine Mile [illegible] between the hours of [illegible] a.m. to [illegible] p.m. EST.

bob marley [illegible]

Click or drag corners to turn pages

# FAQ

[illegible]

About Nine Mile | Book a Tour | FAQ | We want to hear from you | Photo gallery

Nine Mile, situated high in the mountains on the beautiful island of Jamaica, is a small friendly village tucked away in the parish of St. Ann.

This quaint hamlet is known as the birthplace of Bob Marley. It is the very same place where he, his mother Cedella Marley Booker, and brother, Anthony Booker, are now laid to rest.

Nine Mile is owned and operated by Bob's family. It is not unusual to find his relatives affectionately greeting visitors and being persuaded to tell stories of his childhood.

Your roundtrip tour takes you from your chosen hotel through some of the most breathtaking picturesque scenery in Jamaica, traveling through [illegible] Town and [illegible] to the village of Nine Mile, a quaint little place in the beautiful mountains of St. Ann. This is where the legendary King of Reggae, Bob Marley, was born on February 6th, 1945.

The tour starts at the family's house where the family's history began. Many of Bob's close family still live there today. You will be taken through the house Bob lived in as a youth [illegible] and your Rastafarian guide will share with you [illegible] Bob Marley's childhood and musical career. You will get to stand on "Mount Zion Rock" where Bob used to meditate and rest his head on the "rock pillow" made famous in the song "Talkin' Blues". Finally, walk through the mausoleum, which is the final resting place of the King of Reggae. You will also see the [illegible] where young Bob Marley [illegible] in the song "No Woman No Cry" [illegible] with you.

After the tour is completed, your guide will take you to our restaurant for a scrumptious lunch and refreshments.

Your return trip [illegible] which takes you through rural Jamaica [illegible] Town. You will see the [illegible] market [illegible]. There is no better way to end your tour as you return to your North Coast destination.

Our Nine Mile tour will introduce you to a community that helped influence one of the greatest musicians of this century. It will leave you with a better understanding of a great man, whose vision helped change the thoughts of people worldwide. No small achievement for a man who often spoke of his respect for the simple rural life. Respect was instilled in him during his youthful days in the small mountain village locally called Nine Mile.

Why is it called Nine Mile?

The town is called Nine Mile because it is approximately a mile from another town called Eight Mile. The other town which is called Seven Miles is a mile from Eight Mile, so at the Nine Mile marker the town is called Nine Mile. This has nothing to do with reference to Eminem's movie titled Eight Mile.

As many have found, a trip to Nine Mile restores faith in some of the important elements of life, elements that constantly influenced Bob Marley, and are reflected in the lyrics of his songs. If you are ever in Jamaica, we would like to personally invite you to come see, come feel, [illegible] Bob Marley and his family at Nine Mile.

Tickets for the Nine Mile Tour can be purchased [illegible] following ways:

- Online click to the shopping cart
- With a Nine Mile Tour representative [illegible]
- In person at Nine Mile during hours of operation

[illegible]

If you would like to take the tour with [illegible] services, the cost is US$[illegible]

[illegible]

The tour rates listed below include transportation to Nine Mile from your hotel or ship and a complimentary lunch with refreshments.

| Departing From | Group (per person) | Individual | Kids (12 and under) |
|---|---|---|---|
| Ocho Rios | $[illegible] | $[illegible] | $[illegible] |
| Montego Bay | $[illegible] | $[illegible] | $[illegible] |
| Negril | $[illegible] | $[illegible] | $[illegible] |

*All rates are quoted in U.S. Dollars
*All prices are subject to change

[illegible]
American Express, Visa and MasterCard

[illegible]
All cancellations or changes [illegible] can be made [illegible] before [illegible]
All reservations require [illegible] penalty. If reservation is cancelled less than [illegible] hours [illegible], the full amount will be [illegible].

[illegible]
[illegible] minutes to an hour

[illegible]
A. Nine Mile is approximately [illegible] from Ocho Rios, [illegible] from Montego Bay [illegible] from Negril.

[illegible]
A. Of course, [illegible] what time you need to get on a [illegible] a time [illegible]

[illegible]
A. When you book [illegible] what time you would like to be picked up. [illegible] from Nine Mile. We [illegible]

[illegible]
A. If you are being picked up from a hotel, [illegible] will meet you in the lobby. [illegible] the [illegible] reception area.

[illegible]
A. You have a choice between a chicken dish and a vegetarian dish.

[illegible]
Everyday from [illegible]

[illegible]
A. Of course! [illegible] Nine Mile [illegible] from Monday to Friday between the hours of [illegible]

privacy policy | terms and conditions | myspace | facebook

[illegible]

bob marley movement of jah people

ninemile jamaica shop mama marley about us

# Festival Admission - 16th Annual Caribbean Festival

**CATEGORIES**

**YOUR CART**

Your Cart is currently empty.

**ALSO AVAILABLE...**

**LOGIN**

Email

Password

Remember me

Login

**The Bob Marley Movement of Jah People** presents the 16th **Annual Caribbean Festival** on Saturday, **February 28, 2009** featuring **Stephen Marley, Damian Marley, Julian Marley, Ky'mani Marley, Capleton, Collie Buddz, Sizzla, and more.**

Price per ticket:
**$38.00**
(plus service fees and taxes)

Quantity: 1

Buy now!

You must bring four (4) cans of food for each ticket purchased

General Admission ticket for the 16th Annual Caribbean Festival - The ticket will grant access (at 1 p.m.) to the entire day of music in the General Admission area of the Festival.

As always, the Caribbean Festival is a Food drive.

Each ticket holder **must contribute to the food drive.** There are two ways to contribute:

- Bring four cans of food per ticket
- or, make a $5 contribution per ticket on the day of the show

This event will be filmed. Use of ticket constitutes consent to be filmed.

POWERED BY

bob marley movement of jah people

nine mile jamaica | shop | mama marley | about us

# Festival Admission - 16th Annual Caribbean Festival

**CATEGORIES**

**YOUR CART**

Your Cart is currently empty.

**ALSO AVAILABLE...**

**LOGIN**

Email

Password

Remember me

Login

**The Bob Marley Movement of Jah People**
presents
**the 16th Annual Caribbean Festival**
on
**Saturday, February 28, 2009**
featuring
**Stephen Marley, Damian Marley, Julian Marley, Ky'mani Marley, Capleton, Collie Buddz,Sizzla, and more.**

Price per ticket:
**$38.00**
(plus service fees and taxes)

Quantity: 1

Buy now!

You must bring four (4) cans of food for each ticket purchased

General Admission ticket for the 16th Annual Caribbean Festival - The ticket will grant access (at 1 p.m.) to the entire day of music in the General Admission area of the Festival.

As always, the Caribbean Festival is a Food drive.

Each ticket holder must contribute to the food drive. There are two ways to contribute:

- Bring four cans of food per ticket
- or, make a $5 contribution per ticket on the day of the show

This event will be filmed. Use of ticket constitutes consent to be filmed.

Copyright 1995 - 2009 Bob Marley Movement of Jah People & Ticket Animal LLC Respectively. All Rights Reserved

privacy policy | terms and conditions | myspace | facebook

ober

POWERED BY

