

# bob marley
## movement of jah people

ninemile jamaica    shop    mama marley    about us

## CATEGORIES

**YOUR CART**

Your Cart is currently empty.

**ALSO AVAILABLE...**



**LOGIN**

Email

Password

☐ Remember me

Login



**MARLEY Smile Burn-out - White**

$29.99

Quantity: [ 1 ]

Buy now!

**9 Mile Dragon - Red**

$24.99

Quantity: [   ]

Buy now!

**MARLEY Kinky - Yellow**

$21.99

Quantity: [   ]

Buy now!

**MARLEY Lively - White**

$19.99

Quantity: [ 1 ]

Buy now!

**MARLEY Wanna Love Ya - Hot Pink**

$19.99

Quantity: [   ]

Buy now!

**MARLEY Soul - Yellow**

$19.99

Quantity: [   ]

Buy now!

**Lion Crest - Womens - Beige**



$21.99

Quantity: [ 1 ]

Buy now!

**Lion Crest - Womens - Rust**



$21.99

Quantity: [   ]

Buy now!

Display # [ 20 ▾ ]

© Copyright 2009-2010 The Marley Movement of Jah People & Ticket Animal LLC™ Respectively. All Rights Reserved.

privacy policy    terms and conditions    myspace    facebook

ober

POWERED BY ticket animal









# bob marley
# movement of
# jah people



Bob Marley Movement of Jah People presents the 16th Annual Caribbean Festival scheduled to take place, Saturday, February 28th 2009 at Bayfront Park in Downtown Miami, FL. The festival is a charitable event that has raised over $500,000 and collected over 1 million canned goods since its inception.

This quaint hamlet is known as the birthplace of Bob Marley, and it is the very same place that he and his mother were later laid to rest. Nine Mile is situated high in the mountains on the beautiful island of Jamaica. It is a small and friendly village tucked away in the parish of St. Ann.

Here you will find the latest Nine Mile and Bob Marley t-shirt designs for men and women.

Come and enjoy an exquisite Caribbean dining experience. Mama Marley's Bar & Grill offers an array of vegetarian, seafood, and chicken dishes that will entice your palate. From traditional Jamaican cuisine to dishes inspired from regions around the world, we are sure you will find a variety of dishes for your whole family to enjoy.

privacy policy        terms and conditions        myspace

ober

© Copyright 1993 - 2009 Bob Marley Movement of Jah People
& Tuket Animals LLC. Respectively. All Rights Reserved.

facebook

POWERED BY

# bob marley
## movement of jah people

ninemile jamaica      shop      mama marley      about us



Bob Marley Movement of Jah People presents the 16th Annual Caribbean Festival scheduled to take place, Saturday, February 28th 2009 at Bayfront Park in Downtown Miami, FL. The festival is a charitable event that has raised over $500,000 and collected over 1 million canned goods since its inception.

This quaint hamlet is known as the birthplace of Bob Marley, and it is the very same place that he and his mother were later laid to rest. Nine Mile is situated high in the mountains on the beautiful island of Jamaica. It is a small and friendly village tucked away in the parish of St. Ann.

Here you will find the latest Nine Mile and Bob Marley t-shirt designs for men and women.

Come and enjoy an exquisite Caribbean dining experience. Mama Marley's Bar & Grill offers an array of vegetarian, seafood, and chicken dishes that will entice your palate. From traditional Jamaican cuisine to dishes inspired from regions around the world, we are sure you will find a variety of dishes for your whole family to enjoy.

privacy policy     terms and conditions     myspace     facebook

© Copyright 1993-2009 Bob Marley Movement of Jah People & Ticket Arena, LLC Exclusively. All Rights Reserved

ober

POWERED BY
BT





 

**package id**
0059170
**ship date**
Tue, Mar 17
**to**
Ali Latifi
Tucker & Latifi, LLP
160 E 84th St
New York , NY 10028-
2008 US
(212) 472-6262
**residential address**
No
**return label**
No

**notification type**
Label Creation
Exception
Delivery
**notification recipients**
Lmartin@manatt.com

**from**
Jill Pietrini (0496)
Manatt Phelps Phillips
11355 W Olympic Blvd
Los
Angeles , CA 90064 US
(310) 312-4325
**billing**
Fifty Six Hope
Road ...mited.Trademark
and IP Matters
(41271.030)
**operator**
Jill M. Pietrini
310-312-4325
Lmartin@manatt.com
**create time**
03/17/09, 4:25PM

**vendor**
FedEx
**tracking number**
790165219159
**service**
FedEx Priority
**packaging**
FedEx Envelope
**signature**
No signature required

**courtesy quote**
12.10
The courtesy quote does not
reflect fuel surcharge and does
not necessarily reflect all
accessorial charges.

**Legal Terms and Conditions**

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2009 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
Other product and company names listed are trademarks or trade names of their respective companies.

# EXHIBIT B

**Int. Cls.: 3, 6, 9, 14, 16, 18, 21, 24, 25, 26 and 34**

**Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 8, 9, 12, 13, 14, 17, 21, 22, 23, 25, 26, 27, 28, 29, 30, 33, 36, 37, 38, 39, 40, 41, 42, 50, 51 and 52**

**Reg. No. 2,349,361**

# United States Patent and Trademark Office

Registered May 16, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## BOB MARLEY

FIFTY-SIX HOPE ROAD MUSIC LIMITED (BA-HAMAS INTERNATIONAL BUSINESS COMPANY)
AQUAMARINE HOUSE
CABLE BEACH
NASSAU, BAHAMAS

FOR: INCENSE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).
FIRST USE 0-0-1996; IN COMMERCE 0-0-1996.
FOR: NOVELTY LICENSE PLATE OF NON-PRECIOUS METAL, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).
FIRST USE 0-0-1995; IN COMMERCE 0-0-1995.
FOR: PLASTIC CASES FOR BEEPERS; MAGNETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).
FIRST USE 0-0-1996; IN COMMERCE 0-0-1996.
FOR: JEWELRY; WATCHES; MEDALLIONS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
FIRST USE 0-0-1994; IN COMMERCE 0-0-1994.
FOR: GREETING CARDS; STICKERS; STATIONERY TYPE PORTFOLIOS; POSTERS; POSTCARDS; POSTCARD BOOKS; SONGBOOKS; DECALS; TRADING CARDS; CALENDARS; NOVELS; BOOKMARKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 0-0-1990; IN COMMERCE 0-0-1990.

FOR: BACKPACKS; FANNY PACKS; WALLETS; TOTE BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).
FIRST USE 0-0-1992; IN COMMERCE 0-0-1992.
FOR: MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23 29, 30, 33, 40 AND 50).
FIRST USE 0-0-1995; IN COMMERCE 0-0-1995.
FOR: TEXTILE WALL HANGINGS, IN CLASS 24 (U.S. CLS. 42 AND 50).
FIRST USE 0-0-1990; IN COMMERCE 0-0-1990.
FOR: T-SHIRTS; THERMAL SHIRTS; JACKETS; HATS; CAPS; SWEATSHIRTS; TIES; BANDANNAS, IN CLASS 25 (U.S. CLS. 22 AND 39)
FIRST USE 0-0-1990; IN COMMERCE 0-0-1990.
FOR: ORNAMENTAL CLOTH PATCHES, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).
FIRST USE 0-0-1990; IN COMMERCE 0-0-1990.
FOR: SMOKING PIPES , IN CLASS 34 (U.S CLS. 2, 8, 9 AND 17).
FIRST USE 0-0-1996; IN COMMERCE 0-0-1996.
BOB MARLEY IS THE NAME OF AN INDIVIDUAL WHO IS NOW DECEASED.

SER. NO. 75-489,475, FILED 5-21-1998.

SHANNA BLAUSTEIN, EXAMINING ATTORNEY

# United States of America

### United States Patent and Trademark Office

# BOB MARLEY

**Reg. No. 3,692,924**
Registered Oct. 6, 2009

**Int. Cl.: 43**

**SERVICE MARK**
**PRINCIPAL REGISTER**

FIFTY SIX HOPE ROAD MUSIC, LIMITED (BAHAMAS INTERNATIONAL BUSINESS
COMPANY)
AQUAMARINE HOUSE CABLE BEACH
NASSAU, BAHAMAS

FOR: RESTAURANT SERVICES, NAMELY, PREPARATION AND SERVICE OF FOOD AND
BEVERAGES FOR CONSUMPTION, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 2-6-1999; IN COMMERCE 2-6-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,349,361 AND 2,820,741.

SN 76-656,675, FILED 3-9-2006.

HOWARD SMIGA, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# BOB MARLEY

**Reg. No. 3,934,085**
**Registered Mar. 22, 2011**
**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

FIFTY-SIX HOPE ROAD MUSIC LIMITED (BAHAMAS INTERNATIONAL BUSINESS COMPANY)
AQUAMARINE HOUSE, CABLE BEACH
NASSAU, BAHAMAS

FOR: AUDIO/VISUAL RECORDINGS FEATURING MUSIC; DOWNLOADABLE RING TONES FOR CELL PHONES, MUSICAL SOUND RECORDINGS; DIGITAL MUSIC DOWNLOADABLE FROM THE INTERNET, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1970; IN COMMERCE 0-0-1970.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,349,361, 2,820,741, AND 3,692,924.

THE NAME "BOB MARLEY" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 85-050,981, FILED 5-30-2010.

SANJEEV VOHRA, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cls.: 9 and 25

Prior U.S. Cls.: 21, 22, 23, 26, 36, 38 and 39

**United States Patent and Trademark Office**

Reg. No. 2,820,741
Registered Mar. 9, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## BOB MARLEY AND THE WAILERS

FIFTY SIX HOPE ROAD MUSIC, LIMITED (BA-HAMAS INTERNATIONAL BUSINESS COM-PANY)

AQUAMARINE HOUSE CABLE BEACH

NASSAU, BAHAMAS

FOR: SERIES OF SOUND AND VIDEO RECORD-INGS FEATURING MUSIC AND DOWNLOAD-ABLE SOUND AND VIDEO RECORDINGS FEATURING MUSIC, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1973; IN COMMERCE 0-0-1973.

FOR: T-SHIRTS, THERMAL SHIRTS, JACKETS, HATS, CAPS, SWEATSHIRTS, TIES, BANDANAS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1973; IN COMMERCE 0-0-1973.

OWNER OF U.S. REG. NO. 2,349,361.

THE NAME "BOB MARLEY" REFERS TO THE DECEASED, WORLD-RENOWNED MUSICIAN, WRITER AND COMPOSER.

SER. NO. 76-441,329, FILED 8-19-2002.

WENDY GOODMAN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

### BOB MARLEY AND THE WAILERS

**Reg. No. 3,849,342**

**Registered Sep. 21, 2010**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

FIFTY-SIX HOPE ROAD MUSIC LIMITED (BAHAMAS INTERNATIONAL BUSINESS COMPANY)
AQUAMARINE HOUSE, CABLE BEACH
NASSAU, BAHAMAS

FOR: ALL PURPOSE CARRYING BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-0-2009; IN COMMERCE 1-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,349,361, 2,820,741, AND 3,612,800.

THE NAME "BOB MARLEY" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 77-738,863, FILED 5-17-2009.

SUZANNE BLANE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MARLEY COFFEE

**Reg. No. 3,778,736**

**Registered Apr. 20, 2010**

**Int. Cl.: 40**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FIFTY-SIX HOPE ROAD MUSIC LIMITED (BAHAMAS A BAHAMAS INTERNATIONAL BUSINESS COMPANY)
AQUAMARINE HOUSE, CABLE BEACH
NASSAU, BAHAMAS

FOR: COFFEE ROASTING AND PROCESSING, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

FIRST USE 4-22-2009; IN COMMERCE 4-22-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

SN 77-466,174, FILED 5-5-2008.

INGA ERVIN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MARLEY COFFEE

**Reg. No. 3,871,574**

**Registered Nov. 2, 2010**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

FIFTY-SIX HOPE ROAD MUSIC LIMITED (BAHAMAS A BAHAMAS INTERNATIONAL BUSINESS COMPANY)
AQUAMARINE HOUSE, CABLE BEACH
NASSAU, BAHAMAS

FOR: CLOTHING, NAMELY, T-SHIRTS AND ZIPPERED PULL-OVER JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-28-2009; IN COMMERCE 5-28-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-978,626, FILED 5-5-2008.

INGA ERVIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

Reg. No. 3,612,800

United States Patent and Trademark Office

Registered Apr. 28, 2009

Corrected

OG Date Sep. 15, 2009

## SERVICE MARK
## PRINCIPAL REGISTER

## MARLEY RESORT & SPA

FIFTY-SIX HOPE ROAD MUSIC LIM-
ITED (BAHAMAS INTERNATIONAL
BUSINESS COMPANY),
AQUAMARINE HOUSE CABLE BEACH
NASSAU, BAHAMAS
    THE MARK CONSISTS OF STAN-
DARD CHARACTERS WITHOUT CLAIM
TO ANY PARTICULAR FONT, STYLE,
SIZE, OR COLOR.
    OWNER OF U.S. REG. NO. 2,349,361.
    NO CLAIM IS MADE TO THE EXCLU-
SIVE RIGHT TO USE "RESORT & SPA",
APART FROM THE MARK AS SHOWN.

SEC. 2(F).

FOR: HOTEL SERVICES, NAMELY,
SERVING FOOD AND DRINKS AND
PROVIDING TEMPORARY ACCOMMO-
DATIONS AND LODGING, IN CLASS 43
(U.S. CLS. 100 AND 101).

    FIRST USE 7-4-2008; IN COMMERCE
7-4-2008.

    SER. NO. 76-664,835, FILED 8-18-2006.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Sep. 15, 2009.*