UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

**Case No. 11-cv-24326-MGC**

FIFTY-SIX HOPE ROAD MUSIC LIMITED,
a Bahamian corporation,

    Plaintiff,

v.

RICHARD BOOKER, *et al.*,

    Defendants.

_____/

**NOTICE OF SELECTED MEDIATOR**

The parties select Rodney A. Max, Esq. to mediate this case. The parties are working to select a mutually convenient date for the mediation after July 23, 2012.

    Respectfully submitted,

Date:  May 4, 2012

/s/ Jill M. Pietrini_____
Jill Pietrini (*pro hac vice*)
SHEPPARD MULLIN RICHTER & HAMPTON
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
Tel: (310) 228-3700
Fax: (310) 228-3701
Bruce Hermelee
HERMELEE & GEFFIN, LLC
Tower 101
101 N.E. 3rd Avenue, Suite 1110
Fort Lauderdale, Florida 33301
Tel.: (954) 764-4445
Fax.: (954) 754-4989

*Counsel for Plaintiff and Counter-Defendant*
*Fifty-Six Hope Road Music Limited*

-2-

Date:   May 4, 2012                    /s/ Michael I. Santucci
                                                Michael I. Santucci
                                                Allison M. Sinclair
                                                SANTUCCI PRIORE, P.L.
                                                200 South Andrews Ave, Suite 100
                                                Fort Lauderdale, Florida 33301
                                                Telephone: 954-351-7474
                                                Facsimile: 954-351-7475

*Counsel for Defendants and Counterclaimants Richard Booker, Bob Marley, Movement Of Jah People, Inc. and The Bob Marley Heritage Corporation*