UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV-24326-COOKE/TURNOFF

FIFTY-SIX HOPE ROAD MUSIC
LIMITED, A Bahamian Corporation,

        Plaintiff,

vs.

RICHARD BOOKER, an individual,
BOB MARLEY MOVEMENT OF
JAH PEOPLE, INC., a Florida Corporation,
and THE BOB MARLEY HERITAGE
CORPORATION, a Florida Corporation,

        Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants, RICHARD BOOKER, BOB MARLEY MOVEMENT OF JAH PEOPLE, INC., and THE BOB MARELY HERITAGE CORPORATION, by and through the undersigned counsel, hereby notifies this Honorable Court that the parties have settled the instant action. A stipulation of settlement will be filed shortly.

        Respectfully submitted,

        **SANTUCCI PRIORE, PL**
        200 Suite Andrews Avenue, Suite 100
        Fort Lauderdale, Florida 33301
        Telephone: (954) 351-7474
        Facsimile: (954) 351-7475

By:  /s/ Daniel Devine
       Michael I. Santucci, Esq.
       Florida Bar Number: 0105260
       mis@500law.com
       Daniel Devine, Esq.
       Florida Bar Number: 92342
       ddevine@500law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of November 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

       By: /s Daniel Devine
           Daniel Devine, Esq.
           Florida Bar Number: 92342
           ddevine@500law.com

**SERVICE LIST**
**Fifty-Six Hope Road Music Limited vs. Richard Booker, et al.**
**Case No. 11-24326-Civ-COOKE/TURNOFF**
**United States District Court, Southern District of Florida**

Bruce Hermelee
THE LAW OFFICES OF BRUCE HERMELEE
7301 SW 57th Ct., Plaza 56
S. Miami, Florida 33143
Tel:  (305) 458-3737
Fax:  (305) 667-9801
bhermelee@hermeleelaw.com
*Attorneys for Plaintiff and Counter-Defendant*
Service via CM/ECF

Jill M. Pietrini
Paul Bost
SHEPPARD MULLIN RICHTER HAMPTON, LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Tel: (310) 228-3700
Fax: (310) 228-3701
PBost@sheppardmullin.com
jpietrini@sheppardmullin.com
*Attorneys for Plaintiff and Counter-Defendant*
Service via CM/ECF