UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-24326-Civ-COOKE/Turnoff

FIFTY-SIX HOPE ROAD MUSIC LIMITED,
a Bahamian corporation,

    Plaintiff,

vs.

RICHARD BOOKER, an individual,
BOB MARLEY MOVEMENT OF
JAH PEOPLE, INC., a Florida corporation,
and THE BOB MARLEY HERITAGE
CORPORATION, a Florida corporation,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court upon Plaintiff and Counter-Defendant Fifty-Six Hope Road Music Limited's Request for Reimbursement Pursuant to FRCP 37(A)(5). (ECF No. 34). This matter was referred to the undersigned by the Honorable Marcia G. Cooke, United States District Judge for the Southern District of Florida. (ECF No. 22). The undersigned held a hearing on this issue on November 2, 2012. (ECF No. 55). The Court has considered the written and oral arguments, the applicable law, the record, and is otherwise duly advised in the premises.

On October 23, 2012, the undersigned entered an Omnibus Order indicating that, as set forth in the pleadings, the parties had mutually agreed that Defendants would withdraw their Motion to Compel (ECF No. 33), and had partly resolved Plaintiff's Motion for Protective Order by agreeing to the entry of Plaintiff's Proposed Protective Order (ECF No. 34.1). The only matter remaining at

issue was Plaintiff's claim for attorney's fees and costs incurred in connection with the motion for protective order.

In the underlying discovery, the parties were withholding the production of confidential documents pending the entry of a confidentiality agreement. The parties were opposing each other's versions of a confidentiality order. Ultimately, after Plaintiff filed the motion for protective order, Defendant agreed to the entry of Plaintiff's proposed confidentiality agreement. Notwithstanding, Plaintiff seeks an award of attorneys' fees and costs incurred in connection therewith, pursuant to Fed. R. Civ. P. 37, citing Defendants' failure to negotiate a resolution of the motion in good faith.

The undersigned finds that the arguments raised by both counsel with respect to the confidentiality agreement were colorable. Accordingly, it is hereby **ORDERED AND ADJUDGED** that, consistent with the pronouncements made in open court, Plaintiff and Counter-Defendant Fifty-Six Hope Road Music Limited's Request for Reimbursement Pursuant to FRCP 37(A)(5) (ECF No. 34) is **DENIED without prejudice**.

**DONE AND ORDERED** in Chambers, in Miami, Florida, this ___ day of November 2012.

**WILLIAM C. TURNOFF**
**United States Magistrate Judge**

cc: Hon. Marcia G. Cooke
All Counsel of Record