UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

Case No. 11-cv-24326-MGC

FIFTY-SIX HOPE ROAD MUSIC LIMITED,
a Bahamian corporation,

    Plaintiff,

v.

RICHARD BOOKER, et al.,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE BASED ON SETTLEMENT

Plaintiff and counter-defendant Fifty-Six Hope Road Music Limited ("Fifty-Six Hope Road") and defendants and counterclaimants Richard Booker, Bob Marley Movement of Jah People, Inc. and The Bob Marley Heritage Corporation (collectively, "Defendants"), by and through their respective undersigned attorneys, hereby stipulate to and agree that between them they have reached a settlement resolving all claims at issue in this case and that all claims for relief alleged herein by Fifty-Six Hope Road against Defendants, and by Defendants against Fifty-Six Hope Road, shall be dismissed with prejudice.

The Court shall retain jurisdiction to enforce the terms of the settlement agreement, and each party shall bear its own attorneys' fees and costs of suit.

Dated: November 7, 2012

s/ Jill M. Pietrini
Bruce Hermelee (Fl. Bar. No. 133894)
THE LAW OFFICES OF BRUCE HERMELEE
7301 Southwest 57th Court, Plaza 56
South Miami, Florida 33143
Telephone: 305-458-3737
Fax: 305-667-9801

Jill M. Pietrini (*pro hac vice*)
Paul A. Bost (*pro hac vice*)
SHEPPARD MULLIN RICHTER HAMPTON, LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
Tel.: (310) 228-3700
Fax.: (310) 228-3701

*Attorneys for Plaintiff and Counter-defendant*
Fifty-Six Hope Road Music Limited

SMRH:406762942.1

Dated: November 7, 2012

s/ Michael I. Santucci
Michael I. Santucci (Fl. Bar No. 105260)
SANTUCCI PRIORE, P.L.
200 South Andrews Ave, Suite 100
Fort Lauderdale, Florida 33301
Telephone: 954-351-7474
Facsimile: 954-351-7475

*Attorneys for Defendant and Counterclaimants*
Richard Booker, Bob Marley Movement of Jah People, Inc., and The Bob Marley Heritage Corporation